Charles Jones
A DataTrace Company

NJ JUDGMENT SEARCH COVER
UNITED STATES DISTRICT COURT AND
UNITED STATES BANKRUPTCY COURT

350-7505-90                                    RE: DOLENGO

**CERTIFIED TO:**

      KARINA PIA LUCID ESQ LLC
      3640 VALLEY ROAD, STE 2A.
      PO BOX 230
      Liberty Corner NJ 07938

CHARLES JONES LLC HEREBY CERTIFIES THAT IT HAS SEARCHED THE INDEX OF THE
CIVIL JUDGMENT AND ORDER DOCKET OF THE SUPERIOR COURT OF NEW JERSEY, THE
INDEX OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY,
AND THE INDEX OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
NEW JERSEY AND DOES NOT FIND REMAINING UNSATISFIED OF RECORD IN ANY OF
THESE COURTS A JUDGMENT OR OTHER DOCKETED RECORD REFERRED TO BY THE
RESPECTIVE INDICES WHICH CONSTITUTES A GENERAL LIEN ON REAL PROPERTY IN
NEW JERSEY, NOR ANY CERCLA LIEN ON SPECIFIC REAL PROPERTY WITHIN NEW
JERSEY NOR ANY PETITION COMMENCING PROCEEDINGS IN BANKRUPTCY EXCEPT AS
BELOW SET FORTH AGAINST:

                                                FROM        TO

PAUL DOLENGO                                  09-15-2003    09-15-2023
   *** With Judgments ***

              (SEE ATTACHED  4  PAGES)

DATED        09-15-2023
TIME         08:45 AM

FEES: $ 12.00
TAX:  $  0.00
TOTAL:$ 12.00                                CHARLES JONES LLC
                                             P.O. BOX 8488
RN23-268-01144  268   0492268 25             TRENTON, NJ 08650

```
RN23-26844                                                               1
350-7505-90


                       SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-082041-2021               CASE NUMBER: L   002284  20
DATE ENTERED: 07/19/21       DATE SIGNED: 05/13/21
TYPE OF ACTION: BOOK ACC
VENUE: MORRIS
                                             DEBT:  $     110,168.46
                                             COSTS: $         346.00
CREDITOR(S):
    AMERICAN EXPRESS NATIONAL BANK
           ATTORNEY: DOYLE & HOEFS, LLC
                     2043 SPRINGFIELD RD
                     YORK PA 17403
                     833-247-6258
DEBTOR(S):
    MILANO PROPERTIES LLC
        (No Address)
           A/K/A
    MILANO PROPERTIES
        (No Address)
    PAUL DOLENGO
        (No Address)
                          ---------------
 06-23-22 WRIT OF EXECUTION ISSUED
 06-19-23 CERTAIN PREMISES LYING IN THE BOROUGH OF BUTLER, COUNTY OF
 MORRIS, STATE OF NEW JERSEY (LOT 15 BLOCK 23) COMMONLY KNOWN AS
 210 MAIN ST BUTLER NJ, PARTIALLY RELEASED AS TO THE LIEN OF THIS
 JUDGMENT. RECORDED 07-07-23
                          *** End of Abstract ***
```

*Charles Jones*
A DataTrace Company

```
                         SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-164135-2022                  CASE NUMBER: L    001097  22
DATE ENTERED: 12/16/22      DATE SIGNED: 09/29/22
TYPE OF ACTION: BOOK ACC
VENUE: MORRIS
                                                 DEBT: $      40,000.00
  CREDITOR(S):
       JOSEPH KOVACH
                  225 BOULEVARD
                    POMPTON PLAINS, NJ 07444
             ATTORNEY: WEISS TOM & TRAPANESE, LLC
                    502 VALLEY RD STE 104
                    WAYNE NJ 07470
                    973-694-5511
  DEBTOR(S):
       PAUL DO LENGO
              263 BOULEVARD
                 POMPTON PLAINS, NJ 07444
    PLUS COSTS
                             ---------------
             PAUL DOLENGO ADDED TO OUR INDEX.
             PAUL DO ADDED TO OUR INDEX.
             PAUL LENGO ADDED TO OUR INDEX.
             PAUL DO LENGO ADDED TO OUR INDEX.
             DO LENGO ADDED TO OUR INDEX.
                     *** End of Abstract ***
```

*Charles Jones*
A DataTrace Company

```
RN23-26844                                                                3
350-7505-90

                       SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-054047-2023                  CASE NUMBER: L   001481 22
DATE ENTERED: 05/02/23       DATE SIGNED: 04/27/23
TYPE OF ACTION: OTHER
VENUE: ESSEX
                                                  DEBT: $     483,935.50
                                                  A/F:  $      15,291.83
CREDITOR(S):
    MBK HOLDINGS LLC
            44 MAIN ST, MILLBURN, NJ 07041
         ATTORNEY: BRAY & BRAY LLC
                   100 MISTY LANE
                   PARSIPPANY NJ 07054
                   973-739-9600
DEBTOR(S):
    AM PINNACLE HOLDINGS LLC
           SUITE 107
             80 W CENTURY RD, PARAMUS, NJ 07652
    MILANO PROPERTIES LLC
           1330 HAMBURG TPKE, WAYNE, NJ 07470
    PAUL DOLENGO
           263 BOULEVARD
             POMPTON PLAINS, NJ 07444
    BOHO BEAUTY BAR LLC
           52 MAPLE AV, MORRISTOWN, NJ 07960
    A JOHN DIDARIO
       (No Address)
           A/K/A
    A. J DIDARIO
    AMAZED LASHES LLC
           712 DRAKE PL, WESTFIELD, NJ 07090
         ATTORNEY: WILLIAMS GRAFFEO & STERN LLC
    JS&A
                            ---------------
           JOHN DIDARIO ADDED TO OUR INDEX.
                      *** End of Abstract ***
```

```
                       SUPERIOR  COURT  OF  NEW  JERSEY
JUDGMENT NUMBER: DJ-129399-2022               CASE NUMBER: GE-22-0122-HOL
DATE DOCKETED: 09/29/22
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                                      DEBT: $      16,074.02
                                                       OTH: $       3,607.40
                                                     W/ INT FROM: 07/12/22
 CREDITOR(S):
      STATE OF NEW JERSEY
 DEBTOR(S):
      BOHO BEAUTY BAR
         (No Address)
      PAUL DOLENGO
                263 BOULEVARD POMPTON PLAINS, NJ 07444
                             ---------------
    DEBT CERTIFIED TO THE CLERK OF THE SUPERIOR COURT BY THE
    DEPARTMENT OF LABOR, DIVISION OF WAGE AND HOUR COMPLIANCE.
                         *** End of Abstract ***




                       SUPERIOR  COURT  OF  NEW  JERSEY
JUDGMENT NUMBER: DJ-138877-2022               CASE NUMBER: DC   003849   22
DATE DOCKETED: 10/18/22               DATE OF JUDGMENT IN S.C.P.: 09/19/22
TYPE OF ACTION: CONTRC-REG
VENUE: MORRIS
                                                      DEBT: $       9,082.00
                                                      DCKG: $          35.00
 CREDITOR(S):
      WILLIAM FENNELLY
      MARY F FENNELLY
          A/K/A
      MARY FRANCES FENNELL
                253 BOULEVARD
                   POMPTON PLAINS, NJ 07444
            ATTORNEY: WILLIAM FENNELLY
                   253 BOULEVARD
                   POMPTON PLAINS NJ 07444
 DEBTOR(S):
      PAUL DOLENGO
                263 BOULEVARD
                   POMPTON PLAINS, NJ 07444
            ATTORNEY: PRO SE
                             ---------------
                         *** End of Abstract ***
```

*Charles Jones*
A DataTrace Company