DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

## CONSUMER INFORMATION STATEMENT ON NEW JERSEY REAL ESTATE RELATIONSHIPS

In New Jersey, real estate licensees are required to disclose how they intend to work with buyers and sellers in a real estate transaction. (In rental transactions, the terms "buyers" and "sellers" should be read as "tenants" and "landlords," respectively.)

1. AS A SELLER'S AGENT OR SUBAGENT, I, AS A LICENSEE, REPRESENT THE SELLER AND ALL MATERIAL INFORMATION SUPPLIED TO ME BY THE BUYER WILL BE TOLD TO THE SELLER.

2. AS A BUYER'S AGENT, I, AS A LICENSEE, REPRESENT THE BUYER AND ALL MATERIAL INFORMATION SUPPLIED TO ME BY THE SELLER WILL BE TOLD TO THE BUYER.

3. AS A DISCLOSED DUAL AGENT, I, AS A LICENSEE, REPRESENT BOTH PARTIES. HOWEVER, I MAY NOT, WITHOUT EXPRESS PERMISSION, DISCLOSE THAT THE SELLER WILL ACCEPT A PRICE LESS THAN THE LISTING PRICE OR THAT THE BUYER WILL PAY A PRICE GREATER THAN THE OFFERED PRICE.

4. AS A TRANSACTION BROKER, I, AS A LICENSEE, DO NOT REPRESENT EITHER THE BUYER OR THE SELLER. ALL INFORMATION I ACQUIRE FROM ONE PARTY MAY BE TOLD TO THE OTHER PARTY.

Before you disclose confidential information to a real estate licensee regarding a real estate transaction, you should understand what type of business relationship you have with that licensee.

There are four business relationships: (1) seller's agent; (2) buyer's agent; (3) disclosed dual agent; and (4) transaction broker. Each of these relationships imposes certain legal duties and responsibilities on the licensee as well as on the seller or buyer represented. These four relationships are defined in greater detail below. Please read carefully before making your choice.

### SELLER'S AGENT

A seller's agent WORKS ONLY FOR THE SELLER and has legal obligations, called fiduciary duties, to the seller. These include reasonable care, undivided loyalty, confidentiality and full disclosure. Seller's agents often work with buyers, but do not represent the buyers. However, in working with buyers a seller's agent must act honestly. In dealing with both parties, a seller's agent may not make any misrepresentation to either party on matters material to the transaction, such as the buyer's financial ability to pay, and must disclose defects of a material nature affecting the physical condition of the property which a reasonable inspection by the licensee would disclose.

Seller's agents include all persons licensed with the brokerage firm which has been authorized through a listing agreement to work as the seller's agent. In addition, other brokerage firms may accept an offer to work with the listing broker's firm as the seller's agents. In such cases, those firms and all persons licensed with such firms are called "sub-agents." Sellers who do not desire to have their property marketed through sub-agents should so inform the seller's agent.

### BUYER'S AGENT

A buyer's agent WORKS ONLY FOR THE BUYER. A buyer's agent has fiduciary duties to the buyer which include reasonable care, undivided loyalty, confidentiality and full disclosure. However, in dealing with sellers a buyer's agent must act honestly. In dealing with both parties, a buyer's agent may not make any misrepresentations on matters material to the transaction, such as the buyer's financial ability to pay, and must disclose defects of a material nature affecting the physical condition of the property which a reasonable inspection by the licensee would disclose.

A buyer wishing to be represented by a buyer's agent is advised to enter into a separate written buyer agency contract with the brokerage firm which is to work as their agent.

### DISCLOSED DUAL AGENT

A disclosed dual agent WORKS FOR BOTH THE BUYER AND THE SELLER. To work as a dual agent, a firm must first obtain the informed written consent of the buyer and the seller. Therefore, before acting as a disclosed dual agent, brokerage firms must make written disclosure to both parties. Disclosed dual agency is most likely to occur when a licensee with a real estate firm working as a buyer's agent shows the buyer properties owned by sellers for whom that firm is also working as a seller's agent or subagent.

A real estate licensee working as a disclosed dual agent must carefully explain to each party that, in addition to working as their agent, their firm will also work as the agent for the other party. They must also explain what effect their working as a disclosed dual agent will have on the fiduciary duties their firm owes to the buyer and to the seller. When working as a disclosed dual agent, a brokerage firm must have the express permission of a party prior to disclosing confidential information to the other party. Such information includes the highest price

a buyer can afford to pay and the lowest price a seller will accept and the parties' motivation to buy or sell. Remember, a brokerage firm acting as a disclosed dual agent will not be able to put one party's interests ahead of those of the other party and cannot advise or counsel either party on how to gain an advantage at the expense of the other party on the basis of confidential information obtained from or about the other party.

If you decide to enter into an agency relationship with a firm which is to work as a disclosed dual agent, you are advised to sign a written agreement with that firm.

**TRANSACTION BROKER**
The New Jersey Real Estate Licensing Law does not require licensees to work in the capacity of an "agent" when providing brokerage services. A transaction broker works with a buyer or a seller or both in the sales transaction without representing anyone. A TRANSACTION BROKER DOES NOT PROMOTE THE INTERESTS OF ONE PARTY OVER THOSE OF THE OTHER PARTY TO THE TRANSACTION. Licensees with such a firm would be required to treat all parties honestly and to act in a competent manner, but they would not be required to keep confidential any information. A transaction broker can locate qualified buyers for a seller or suitable properties for a buyer. They can then work with both parties in an effort to arrive at an agreement on the sale or rental of real estate and perform tasks to facilitate the closing of a transaction. A transaction broker primarily serves as a manager of the transaction, communicating information between the parties to assist them in arriving at a mutually acceptable agreement and in closing the transaction, but cannot advise or counsel either party on how to gain an advantage at the expense of the other party. Owners considering working with transaction brokers are advised to sign a written agreement with that firm which clearly states what services that firm will perform and how it will be paid. In addition, any transaction brokerage agreement with a seller or landlord should specifically state whether a notice on the property to be rented or sold will or will not be circulated in any or all Multiple Listing System(s) of which that firm is a member.

YOU MAY OBTAIN LEGAL ADVICE ABOUT THESE BUSINESS RELATIONSHIPS FROM YOUR OWN LAWYER.

THIS STATEMENT IS NOT A CONTRACT AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

**ACKNOWLEDGMENT OF RECEIPT OF CONSUMER INFORMATION STATEMENT (CIS)**

**FOR SELLERS AND LANDLORDS**
"By signing this Consumer Information Statement, I acknowledge that I received this Statement from _____ prior to disclosing (name of brokerage firm)
my motivation to sell or lease or my desired selling or leasing price with one of its representatives."

Signed: _____

**FOR BUYERS AND TENANTS**
"By signing this Consumer Information Statement, I acknowledge that I received this Statement from Keller Williams Realty Metropolitan prior to discussing (name of brokerage firm)
my motivation or financial ability to buy or lease with one of its representatives."

Signed: _____   3/27/2024 | 9:14 PDT

Signed: _____

**DECLARATION OF BUSINESS RELATIONSHIP**

I, EDWIN KAUNGA , as an authorized (name of licensee)

representative of Keller Williams Realty Metropolitan (name of brokerage firm)

intend, as of this time, to work with you as a (indicate one of the following):

☐ Seller's Agent Only

☐ Buyer's Agent Only

☐ Seller's Agent and Disclosed Dual Agent if the opportunity arises

☒ Buyer's Agent and Disclosed Dual Agent if the opportunity arises

☐ Transaction Broker Only

☐ Seller's Agent on properties on which this firm is acting as the seller's agent and transaction broker on other properties

DATE: 3/26/2024 _____

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



**NEW JERSEY REALTORS® STANDARD FORM OF**
**INFORMED CONSENT TO DUAL AGENCY**
**(BUYER)**

©2001, NEW JERSEY REALTORS®, INC.

1    This Agreement evidences Buyer's consent that the Brokerage Firm, as Buyer's Agent, may act as a Disclosed Dual Agent in order to
2    represent both Buyer and Seller in the same real estate transaction, and seeks Buyer's consent to allow Buyer's Agent to act as a Disclosed
3    Dual Agent when the opportunity arises. Buyer should be aware that a real estate licensee may legally act as a Disclosed Dual Agent only
4    with Buyer's and Seller's informed written consent.
5
6    Buyer understands that Disclosed Dual Agency (representing more than one party to a transaction) has the potential of creating a conflict of
7    interest in that both Seller and Buyer may intend to rely on the Buyer's Agent's advice, and their respective interests may be adverse to each
8    other. Therefore, when acting as a Disclosed Dual Agent, Buyer's Agent will not represent the interests of Buyer to the exclusion or detriment
9    of the interests of a Seller; nor will Buyer's Agent represent the interests of Seller to the exclusion and detriment of the interests of Buyer.
10
11    As a Disclosed Dual Agent of both the Seller and the Buyer, Buyer's Agent will be working equally for both parties to the real estate
12    transaction, and will provide services to complete the transaction **without the full range of fiduciary duties** ordinarily owed by an agent
13    who represents Buyer alone, or the Seller alone. In the preparation of offers and counteroffers between Buyer and Seller, Buyer's Agent
14    will act only as an intermediary to facilitate the transaction rather than as an active negotiator representing either the Buyer or Seller in a
15    fiduciary capacity. By consenting to this dual agency, Buyer is giving up the right to undivided loyalty and will be owed only limited duties
16    of disclosure by the Buyer's Agent.
17
18    For example, Buyer acknowledges that Buyer's Agent, as a Disclosed Dual Agent, is not permitted, under law, to disclose to either Buyer or
19    Seller any confidential information which has been, or will be communicated to Buyer's Agent by either of the parties to the transaction.
20    Moreover, Buyer's Agent is not permitted to disclose (without the express written permission of the Seller) to the Buyer that such Seller
21    will accept a price less than the full listing price. Nor will Buyer's Agent disclose (without the express written permission of the Buyer) to
22    the Seller that Buyer will pay a sum greater than the price offered by Buyer. It is also impermissible for Buyer's Agent to advise or counsel
23    either the Buyer or Seller on how to gain an advantage at the expense of the other party on the basis of confidential information obtained
24    from or about the other party.
25
26    Other potential buyers may be interested in the same properties as Buyer. It is agreed that Buyer's Agent may represent such other poten-
27    tial buyers whether such representation arose prior to or arises after this Consent. In any such situation, Buyer agrees that Buyer's Agent
28    will not disclose to any other potential buyer the terms of the Buyer's offer or any other confidential information concerning the Buyer
29    and also will not disclose to Buyer the terms of any other buyer's offer to any confidential information concerning the other buyer(s).
30
31    Buyer acknowledges receipt of the Consumer Information Statement on New Jersey Real Estate Relationships.
32
33    I, _EDWIN KALNICA_____ AS AN AUTHORIZED REPRESENTATIVE OF
34               (Name of Licensee)
35    _Keller Williams Realty Metropolitan_____ INTEND, AS OF THIS TIME, TO WORK
36               (Name of Firm)
37    WITH YOU (BUYER) AS A BUYER'S AGENT AND DISCLOSED DUAL AGENT IF THE OPPORTUNITY ARISES.
38
39    **If Buyer does not understand all of the provisions of this Informed Consent to Dual Agency, legal advice should be sought**
40    **before signing.**
41
42    By signing below, Buyer acknowledges that Buyer has read and understood this Informed Consent to Dual Agency and gives consent to
43    Buyer's Agent to act as a Disclosed Dual Agent and to work with other potential buyers.
44
45    _____    Keller Williams Realty Metropolitan
46    BUYER'S SIGNATURE                    BROKERAGE FIRM
47                                       44 Whippany Road       Suite 230
48                                       ADDRESS
49    BUYER'S SIGNATURE
50                                       Morristown              NJ     07960
51                                       CITY, STATE, ZIP CODE
52
53    3/27/2024 | 9:14 PDT
54
55    DATE                                     SALESPERSON'S SIGNATURE

NJ REALTORS® Form 124A-8/15 Page 1 of 1

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



**NEW JERSEY REALTORS® STANDARD FORM OF**
**EXCLUSIVE BUYER AGENCY AGREEMENT**

© 2001 New Jersey REALTORS®

GENNADY MEZHIBOVSKY

**1. AGENCY:** _____ and _____ referred to in
(Buyer)                                         (Buyer)

this Agreement as "Buyer" hereby designate Keller Williams Realty Metropolitan
(Brokerage Firm)

as Buyer's exclusive agent, referred to in this Agreement as "Buyer's Agent", for the purpose of searching for, locating, and purchasing
real estate by Buyer in the following, 263 BOULEVARD _____ (municipality(ies)), pursuant to all of the
P-PLAINS NJ
terms and conditions set forth below.

**2. DOES BUYER HAVE A BUSINESS RELATIONSHIP WITH ANOTHER BROKER?** ❑ YES ❑ NO
Buyer represents to Buyer's Agent that no other buyer's agency agreement is presently in effect. Buyer agrees not to enter into any such
agreement during the term of this Agreement.

**3. DECLARATION OF BUSINESS RELATIONSHIP:** The real estate license law of the State of New Jersey requires every real
estate licensee to declare the basis of the business relationship being established between such licensee and Buyer. Accordingly,
I, EDWIN KALINKA _____ AS AN AUTHORIZED REPRESENTATIVE OF
(Name of Licensee)

Keller Williams Realty Metropolitan _____ INTEND, AS OF THIS TIME, TO WORK WITH YOU (buyer)
(Name of Firm)

**AS A:** (choose one)
❑ BUYER'S AGENT ONLY   ❑ BUYER'S AGENT AND DISCLOSED DUAL AGENT IF THE OPPORTUNITY ARISES.

**4. TERM:** This Agency Agreement shall commence on 3/26/24 _____ and shall expire at midnight on the _____ day
of 6/26/2024 or three (3) days after receipt by Buyer's Agent of a written termination notice from Buyer, whichever
shall first occur.

**5. BROKERAGE FEE:** In consideration of the services rendered by Buyer's Agent on behalf of Buyer, Buyer agrees to pay to Buyer's
Agent a brokerage fee of 2.25% * ___. The brokerage fee shall be earned, due and payable by Buyer to Buyer's
Agent if any property introduced by Buyer's Agent to Buyer during the term of this Agreement is purchased by Buyer prior to the expira-
tion of this Agreement, or within _____ days after the termination of this Agreement. However, except where Buyer's Agent
is a disclosed dual agent in which case the entire brokerage fee must be paid by either Buyer or seller, if the seller of such property autho-
rizes the listing broker to pay a portion of the listing broker's brokerage fee to Buyer's Agent, that portion of such brokerage fee shall be
credited against Buyer's obligation to Buyer's Agent as set forth above. In such event, Buyer agrees to pay to Buyer's Agent, at closing, the
difference between the amount so received from the listing broker and the total brokerage fee due to Buyer's Agent as referred to in this
paragraph, unless, as a term or condition of the contract of sale, the seller has agreed to pay such difference to Buyer's Agent at closing.

**6. BUYER'S AGENT'S DUTY:** Buyer's Agent shall:
(a) Use diligence in its search to locate a property which is acceptable to Buyer.
(b) Use professional knowledge and skills to assist Buyer to negotiate for the purchase of such property.
(c) Assist the Buyer throughout the transaction and to represent Buyer's best interests.

**7. BUYER'S DUTY:** Buyer shall:
(a) Provide accurate and relevant personal information to Buyer's Agent regarding Buyer's financial ability to purchase real estate.
(b) Advise Buyer's Agent of any home offered for sale to Buyer where Buyer may have an interest in purchasing such property.
(c) Submit through Buyer's Agent, any offer to purchase or contract on a property which was shown to Buyer by Buyer's Agent.

**8. OTHER BUYERS:** Other potential buyers may be interested in the same properties as Buyer. It is agreed that Buyer's Agent may
represent such other potential buyers whether such representation arises prior to, during, or after the termination of this Agreement. In
any such situation, Buyer agrees that Buyer's Agent will not disclose to any other potential buyer the terms of the Buyer's offer or any other
confidential information concerning the Buyer and also will not disclose to Buyer the terms of any other buyer's offer or any confidential
information concerning the other buyer(s).

NJ REALTORS® Form 121.1 09/19  Page 1 of 2

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

**9. DUAL AGENCY:** Buyer understands that Buyer's Agent may elect to represent a seller as well as Buyer in the sale and purchase of such seller's property. In such event, Buyer acknowledges that Buyer's Agent will be a dual agent, and pursuant to law, will have to obtain the written informed consent of both the seller and Buyer for the Buyer's Agent to be a Disclosed Dual Agent. Buyer understands that by consenting to the Buyer's Agent to be a Disclosed Dual Agent, there will be a limitation on the Buyer's Agent's ability to represent either the Buyer or seller fully and exclusively. Buyer's Agent, when acting as a Disclosed Dual Agent, will not be able to put either the seller's interests ahead of the Buyer's nor the Buyer's interests ahead of the seller's. Buyer's consent to Buyer's Agent being a Disclosed Dual Agent shall be deemed to have been given only when the "Informed Consent to Dual Agency" is signed by the Buyer.

**10.** Buyer acknowledges receipt of the Consumer Information Statement on New Jersey Real Estate Relationships.

**11.** Buyer hereby acknowledges receipt of a signed copy of this legally binding Agreement and agrees to be bound by and comply with its terms and conditions.

IF BUYER DOES NOT UNDERSTAND ALL OF THE TERMS OF THIS AGREEMENT, LEGAL ADVICE SHOULD BE SOUGHT BEFORE SIGNING.

By: _____     _____     3/27/2024 | 9:14 PDT
     Buyer's Agent                          BUYER                          Date

                                       _____     _____
                                                BUYER                          Date

※ PAID BY SELLER, AS PER LISTING AGREEMENT

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A69B-8E2B75D78EFD

# NOTICE
## TO BUYER AND SELLER
### READ THIS NOTICE BEFORE SIGNING THE CONTRACT

The Law requires real estate brokers to give you the following information before you sign this contract. It requires us to tell you that you must read all of it before you sign. The purpose is to help you in this purchase or sale.

1) As a real estate broker, I represent: ☐ the seller, not the buyer;   ☐ the buyer, not the seller; ☒ both the seller and the buyer;  ☐ neither the seller nor the buyer. The title company does not represent either the seller or the buyer.

2) You will not get any legal advice unless you have your own lawyer. Neither I nor anyone from the title company can give legal advice to either the buyer or the seller. If you do not hire a lawyer, no one will represent you in legal matters now or at the closing. Neither I nor the title company will represent you in those matters.

3) The contract is the most important part of the transaction. It determines your rights, risks, and obligations. Signing the contract is a big step. A lawyer would review the contract, help you to understand it, and to negotiate its terms.

4) The contract becomes final and binding unless your lawyer cancels it within the following three business days. If you do not have a lawyer, you cannot change or cancel the contract unless the other party agrees. Neither can the real estate broker nor the title insurance company change the contract.

5) Another important service of a lawyer is to order a survey, title report, or other important reports. The lawyer will review them and help to resolve any questions that may arise about the ownership and condition of the property. These reports and survey can cost you a lot of money. A lawyer will also prepare the documents needed to close title and represent you at the closing.

6) A buyer without a lawyer runs special risks. Only a lawyer can advise a buyer about what to do if problems arise concerning the purchase of this property. The problems may be about the seller's title, the size and shape of the property, or other matters that may affect the value of the property. If either the broker or the title company knows about the problems, they should tell you. But they may not recognize the problem, see it from your point of view, or know what to do. Ordinarily, the broker and the title company have an interest in seeing that the sale is completed, because only then do they usually receive their commissions. So, their interests may differ from yours.

7) Whether you retain a lawyer is up to you. It is your decision. The purpose of this notice is to make sure that you have the information needed to make your decision.

| _Paul Dolengo_ | 3/27/2024 | | 3/27/2024 | 9:14 PDT |
|---|---|---|---|---|
| SELLER | DATE | BUYER | DATE | |

| | | | |
|---|---|---|---|
| SELLER | DATE | BUYER | DATE |

| | | | |
|---|---|---|---|
| SELLER | DATE | BUYER | DATE |

| | | | |
|---|---|---|---|
| SELLER _Dr. Edwin kalinka_ | DATE | BUYER _Glenn Kalinka_ | DATE |
| Listing Broker | | Selling Broker | |

Prepared by: _BRENDNY KALINKA_
Name of Real Estate Licensee

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD



NEW JERSEY REALTORS® STANDARD FORM
OF REAL ESTATE SALES CONTRACT

©2016 New Jersey REALTORS®, Inc.

THIS FORM MAY BE USED ONLY IN THE SALE OF A ONE TO FOUR-FAMILY RESIDENTIAL PROPERTY
OR VACANT ONE-FAMILY LOTS. THIS FORM IS SUITABLE FOR USE ONLY WHERE THE SELLER HAS
PREVIOUSLY EXECUTED A WRITTEN LISTING AGREEMENT.

THIS IS A LEGALLY BINDING CONTRACT THAT WILL BECOME FINAL WITHIN THREE BUSINESS DAYS.
DURING THIS PERIOD YOU MAY CHOOSE TO CONSULT AN ATTORNEY WHO CAN REVIEW AND CANCEL THE
CONTRACT. SEE SECTION ON ATTORNEY REVIEW FOR DETAILS.

### TABLE OF CONTENTS

1. PARTIES AND PROPERTY DESCRIPTION
2. PURCHASE PRICE
3. MANNER OF PAYMENT
4. SUFFICIENT ASSETS
5. ACCURATE DISCLOSURE OF SELLING PRICE
6. ITEMS INCLUDED IN SALE
7. ITEMS EXCLUDED FROM SALE
8. DATES AND TIMES FOR PERFORMANCE
9. CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE
10. MUNICIPAL ASSESSMENTS
11. QUALITY AND INSURABILITY OF TITLE
12. POSSESSION, OCCUPANCY AND TENANCIES
13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD
14. POINT OF ENTRY TREATMENT SYSTEMS
15. CESSPOOL REQUIREMENTS
16. INSPECTION CONTINGENCY CLAUSE
17. MEGAN'S LAW STATEMENT
18. MEGAN'S LAW REGISTRY
19. NOTIFICATION REGARDING OFF-SITE CONDITIONS
20. AIR SAFETY AND ZONING NOTICE
21. BULK SALES
22. NOTICE TO BUYER CONCERNING INSURANCE
23. MAINTENANCE AND CONDITION OF PROPERTY
24. RISK OF LOSS
25. INITIAL AND FINAL WALK-THROUGHS
26. ADJUSTMENTS AT CLOSING
27. FAILURE OF BUYER OR SELLER TO CLOSE
28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGEMENT
29. DECLARATION OF BROKER(S) BUSINESS RELATIONSHIP(S)
30. BROKERS' INFORMATION AND COMMISSION
31. EQUITABLE LIEN
32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE
33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS
34. PROFESSIONAL REFERRALS
35. ATTORNEY-REVIEW CLAUSE
36. NOTICES
37. NO ASSIGNMENT
38. ELECTRONIC SIGNATURES AND DOCUMENTS
39. CORPORATE RESOLUTIONS
40. ENTIRE AGREEMENT; PARTIES LIABLE
41. APPLICABLE LAWS
42. ADDENDA
43. ADDITIONAL CONTRACTUAL PROVISIONS

1. PARTIES AND PROPERTY DESCRIPTION:

GENNADY ~~BOGNAT~~ ("Buyer"), _____ ("Buyer"),

MEZHIBOVSKY ("Buyer"), _____ ("Buyer"),

whose address is/are 7131 PERRY LANE, BROOKLYN NY 11234 _____

AGREES TO PURCHASE FROM

PAUL DOLENGO ("Seller"), _____ ("Seller"),

_____ ("Seller"), _____ ("Seller"),

whose address is/are 263 BOULEVARD, POMPTON PLAINS NJ 07444

THROUGH THE BROKER(S) NAMED IN THIS CONTRACT AT THE PRICE AND TERMS STATED BELOW, THE
FOLLOWING PROPERTY:

Property Address: 263 BOULEVARD

shown on the municipal tax map of PEQUANNOCK TWP _____ County MORRIS

as Block 406 Lot 00007 (the "Property") Qualifier _____ (if the Property is a condominium).
THE WORDS "BUYER" AND "SELLER" INCLUDE ALL BUYERS AND SELLERS LISTED ABOVE.

2. PURCHASE PRICE:

| | | |
|---|---|---|
| TOTAL PURCHASE PRICE | $ | 839,000.- |
| INITIAL DEPOSIT | $ | 5,000.- |
| ADDITIONAL DEPOSIT | $ | 57,925.- |
| MORTGAGE | $ | 713,150.- |
| BALANCE OF PURCHASE PRICE | $ | 62,925.- |

Buyer's Initials: _____    Seller's Initials: PD

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

**3. MANNER OF PAYMENT:**

(A) **INITIAL DEPOSIT** to be paid by Buyer to ☐ Listing Broker ☐ Participating Broker ☑ Buyer's Attorney ☐ Title Company _____, on or before _EXECUTION OF_ (date) (if left blank, then within five (5)) ☐ Other _____ _CONTRACT_
business days after the fully signed Contract has been delivered to both the Buyer and the Seller).

(B) **ADDITIONAL DEPOSIT** to be paid by Buyer to the party who will be responsible for holding the escrow who is identified below on or before _____ (date) (if left blank, then within ten (10) calendar days after the fully signed Contract has been delivered to both the Buyer and the Seller).

(C) **ESCROW:** All initial and additional deposit monies paid by Buyer shall be held in escrow in the NON-INTEREST BEARING TRUST ACCOUNT of _BUYER ATTORNEY_, ("Escrowee"), until the Closing, at which time all monies shall be paid over to Seller. The deposit monies shall not be paid over to Seller prior to the Closing, unless otherwise agreed in writing by both Buyer and Seller. If Buyer and Seller cannot agree on the disbursement of these escrow monies, the Escrowee may place the deposit monies in Court requesting the Court to resolve the dispute.

(D) **IF PERFORMANCE BY BUYER IS CONTINGENT UPON OBTAINING A MORTGAGE:**
If payment of the purchase price requires a mortgage loan other than by Seller or other than assumption of Seller's mortgage, Buyer shall apply for the loan through any lending institution of Buyer's choice in writing on lender's standard form within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract, and use best efforts to obtain it. Buyer shall supply all necessary information and fees required by the proposed lender and shall authorize the lender to communicate with the real estate brokers(s) and involved attorney(s). Buyer shall obtain a written commitment from the lending institution to make a loan on the property under the following terms:

Principal Amount $_163,150_ Type of Mortgage: ☐VA ☐FHA ☐Section 203(k) ☑Conventional ☐Other_____
Term of Mortgage: _30_ years, with monthly payments based on a _30_ year payment schedule.

The written mortgage commitment must be delivered to Seller's agent, who is the Listing Broker identified in Section 30, and Seller's attorney, if applicable, no later than _MAY 13 2024_ (date) (if left blank, then within thirty (30) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within thirty (30) calendar days after the parties agree to the terms of this Contract). Thereafter, if Buyer has not obtained the commitment, then either Buyer or Seller may void this Contract by written notice to the other party and Broker(s) within ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later. If this Contract is voided, the deposit monies paid by Buyer shall be returned to Buyer notwithstanding any other provision in this Contract, provided, however, if Seller alleges in writing to Escrowee within said ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later, that the failure to obtain the mortgage commitment is the result of Buyer's bad faith, negligence, intentional conduct or failure to diligently pursue the mortgage application, then Escrowee shall not return the deposit monies to Buyer without the written authorization of Seller. If Buyer has applied for Section 203(k) financing this Contract is contingent upon mortgage approval and the Buyer's acceptance of additional required repairs as determined by the lender.

(E) **BALANCE OF PURCHASE PRICE:** The balance of the purchase price shall be paid by Buyer in cash, or by certified, cashier's check or trust account check.

Payment of the balance of the purchase price by Buyer shall be made at the closing, which will take place on _JUNE 5 2024_ _____ (date) at the office of Buyer's closing agent or such other place as Seller and Buyer may agree ("the Closing").

**4. SUFFICIENT ASSETS:**
Buyer represents that Buyer has or will have as of the Closing, all necessary cash assets, together with the mortgage loan proceeds, to complete the Closing. Should Buyer not have sufficient cash assets at the Closing, Buyer will be in breach of this Contract and Seller shall be entitled to any remedies as provided by law.

**5. ACCURATE DISCLOSURE OF SELLING PRICE:**
Buyer and Seller certify that this Contract accurately reflects the gross sale price as indicated in Section 2 of this Contract. Buyer and Seller understand and agree that this information shall be disclosed to the Internal Revenue Service and other government agencies as required by law.

**6. ITEMS INCLUDED IN SALE:**
The Property includes all fixtures permanently attached to the building(s), and all shrubbery, plantings and fencing, gas and electric fixtures, cooking ranges and ovens, hot water heaters, flooring, screens, storm sashes, shades, blinds, awnings, radiator covers, heating

Buyer's Initials: _____   Seller's Initials: _PV_

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

111  apparatus and sump pumps, if any, except where owned by tenants, are included in this sale. All of the appliances shall be in working
112  order as of the Closing. Seller does not guarantee the condition of the appliances after the Deed and affidavit of title have been delivered
113  to Buyer at the Closing. The following items are also specifically included (If reference is made to the MLS Sheet and/or any other
114  document, then the document(s) referenced should be attached.):

115  *See Attached MLS*
116
117
118

119  **7. ITEMS EXCLUDED FROM SALE:** (If reference is made to the MLS Sheet and/or any document, then the document(s)
120  referenced should be attached.):

121  *See Attached MLS*
122
123
124

125  **8. DATES AND TIMES FOR PERFORMANCE:**
126  Seller and Buyer agree that all dates and times included in this Contract are of the essence. This means that Seller and Buyer must satisfy
127  the terms of this Contract within the time limits that are set in this Contract or will be in default, except as otherwise provided in this
128  Contract or required by applicable law, including but not limited to if the Closing has to be delayed either because a lender does not timely
129  provide documents through no fault of Buyer or Seller or for three (3) business days because of the change of terms as required by the
130  Consumer Financial Protection Bureau.

131
132  If Seller requests that any addendum or other document be signed in connection with this Contract, "final execution date," "acknowl-
133  edgement date," or similar language contained in such document that sets the time period for the completion of any conditions or contin-
134  gencies, including but not limited to inspections and financing, shall mean that the time will begin to run after the attorney-review period
135  is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract,
136  then from the date the parties agree to the terms of this Contract.

137
138  Buyer selects _____TO BE ADVISED_____ ("Closing Agent") as the title company, attorney or other entity or person to con-
139  duct the Closing. If the Closing Agent is an entity or person other than the Buyer's attorney, Buyer agrees to timely contact the Closing
140  Agent to schedule the Closing after the attorney-review period is completed or, if the Contract is timely disapproved by an attorney as
141  provided in the Attorney-Review Clause Section of this Contract, then after the parties agree to the terms of this Contract.

142
143  **9. CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE:**
144  Seller makes no representations concerning existing zoning ordinances, except that Seller's use of the Property is not presently in violation
145  of any zoning ordinances.

146
147  Some municipalities may require a Certificate of Occupancy or Housing Code Letter to be issued. If any is required for this Property,
148  Seller shall obtain it at Seller's expense and provide to Buyer prior to Closing and shall be responsible to make and pay for any repairs
149  required in order to obtain the Certificate or Letter. However, if this expense exceeds $ *1500.* (if left blank, then 1.5% of the
150  purchase price) to Seller, then Seller may terminate this Contract and refund to Buyer all deposit monies plus Buyer's reasonable expenses,
151  if any, in connection with this transaction unless Buyer elects to make repairs in excess of said amount at Buyer's expense, in which event
152  Seller shall not have the right to terminate this Contract. In addition, Seller shall comply with all New Jersey laws, and local ordinances,
153  including but not limited to smoke detectors, carbon monoxide detectors, fire extinguishers and indoor sprinklers, the cost of which shall
154  be paid by Seller and not be considered as a repair cost.

155
156  **10. MUNICIPAL ASSESSMENTS:** (Seller represents that Seller ☐ has ☐ has not been notified of any such municipal assessments as
157  explained in this Section.)

158
159  Title shall be free and clear of all assessments for municipal improvements, including but not limited to municipal liens, as well as
160  assessments and liabilities for future assessments for improvements constructed and completed. All confirmed assessments and all
161  unconfirmed assessments that have been or may be imposed by the municipality for improvements that have been completed as of the
162  Closing are to be paid in full by Seller or credited to Buyer at the Closing. A confirmed assessment is a lien against the Property. An
163  unconfirmed assessment is a potential lien that, when approved by the appropriate governmental entity, will become a legal claim against
164  the Property.

165
166  **11. QUALITY AND INSURABILITY OF TITLE:**
167  At the Closing, Seller shall deliver a duly executed Bargain and Sale Deed with Covenant as to Grantor's Acts or other Deed satisfactory
168  to Buyer. Title to the Property will be free from all claims or rights of others, except as described in this Section and Section 12 of this
169  Contract. The Deed shall contain the full legal description of the Property.

170

Buyer's
Initials:

Seller's
Initials:

REALTORS® Form 118-Statewide 1 02/2022 Page 4 of 13

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

171 This sale will be subject to utility and other easements and restrictions of record, if any, and such state of facts as an accurate survey
172 might disclose, provided such easement or restriction does not unreasonably limit the use of the Property. Generally, an easement is a
173 right of a person other than the owner of property to use a portion of the property for a special purpose. A restriction is a recorded
174 limitation on the manner in which a property owner may use the property. Buyer does not have to complete the purchase, however,
175 if any easement, restriction or facts disclosed by an accurate survey would substantially interfere with the use of the Property for
176 residential purposes. A violation of any restriction shall not be a reason for Buyer refusing to complete the Closing as long as the title
177 company insures Buyer against loss at regular rates. The sale also will be made subject to applicable zoning ordinances, provided that
178 the ordinances do not render title unmarketable.

179

180 Title to the Property shall be good, marketable and insurable, at regular rates, by any title insurance company licensed to do business
181 in New Jersey, subject only to the claims and rights described in this Section and Section 12. Buyer agrees to order a title insurance
182 commitment (title search) and survey, if required by Buyer's lender, title company or the municipality where the Property is located,
183 and to furnish copies to Seller. If Seller's title contains any exceptions other than as set forth in this Section, Buyer shall notify Seller
184 and Seller shall have thirty (30) calendar days within which to eliminate those exceptions. Seller represents, to the best of Seller's
185 knowledge, that there are no restrictions in any conveyance or plans of record that will prohibit use and/or occupancy of the Property
186 as a _SINGLE_____ family residential dwelling. Seller represents that all buildings and other improvements on the Property are
187 within its boundary lines and that no improvements on adjoining properties extend across boundary lines of the Property.

188

189 If Seller is unable to transfer the quality of title required and Buyer and Seller are unable to agree upon a reduction of the purchase
190 price, Buyer shall have the option to either void this Contract, in which case the monies paid by Buyer toward the purchase price shall
191 be returned to Buyer, together with the actual costs of the title search and the survey and the mortgage application fees in preparing for
192 the Closing without further liability to Seller, or to proceed with the Closing without any reduction of the purchase price.

193

194 **12. POSSESSION, OCCUPANCY AND TENANCIES:**

195 **(A) Possession and Occupancy.**
196 Possession and occupancy will be given to Buyer at the Closing. Buyer shall be entitled to possession of the Property, and any rents or
197 profits from the Property, immediately upon the delivery of the Deed and the Closing. Seller shall pay off any person with a claim or right
198 affecting the Property from the proceeds of this sale at or before the Closing.

199

200 **(B) Tenancies.** ☐ Applicable   ☑ Not Applicable
201 Occupancy will be subject to the tenancies listed below as of the Closing. Seller represents that the tenancies are not in violation of any
202 existing Municipal, County, State or Federal rules, regulations or laws. Seller agrees to transfer all security deposits to Buyer at the Closing
203 and to provide to Brokers and Buyer a copy of all leases concerning the tenancies, if any, along with this Contract when it is signed by
204 Seller. Seller represents that such leases can be assigned and that Seller will assign said leases, and Buyer agrees to accept title subject to
205 these leases.

206

207 TENANT'S NAME        LOCATION        RENT        SECURITY DEPOSIT        TERM
208 _____
209 _____
210 _____
211 _____

212

213 **13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD: (This section is applicable only to all dwellings**
214 **built prior to 1978.)** ☑ Applicable   ☐ Not Applicable
215 **(A) Document Acknowledgement.**
216 Buyer acknowledges receipt of the EPA pamphlet entitled "Protect Your Family From Lead In Your Home." Moreover, a copy of a
217 document entitled "Disclosure of Information and Acknowledgement Lead-Based Paint and Lead-Based Paint Hazards" has been fully
218 completed and signed by Buyer, Seller and Broker(s) and is appended to and made a part of this Contract.

219

220 **(B) Lead Warning Statement.**
221 Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such
222 property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead
223 poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient,
224 behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest
225 in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or
226 inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for
227 possible lead-based paint hazards is recommended prior to purchase.

228

229 **(C) Inspection.**
230 The law requires that, unless Buyer and Seller agree to a longer or shorter period, Seller must allow Buyer a ten (10) calendar day period

Buyer's                                    Seller's
Initials:                                   Initials:

REALTORS Form 118 Statewide | 02/2022 Page 5 of 13

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

231  within which to complete an inspection and/or risk assessment of the Property as set forth in the next paragraph. Buyer, however, has the
232  right to waive this requirement in its entirety.

233
234  This Contract is contingent upon an inspection and/or risk assessment (the "Inspection") of the Property by a certified inspector/risk
235  assessor for the presence of lead-based paint and/or lead-based paint hazards. The Inspection shall be ordered and obtained by Buyer at
236  Buyer's expense within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an
237  attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to
238  the terms in this Contract ("Completion Date"). If the Inspection indicates that no lead-based paint or lead-based paint hazard is present
239  at the Property, this contingency clause shall be deemed null and void. If the Inspection indicates that lead-based paint or lead-based paint
240  hazard is present at the Property, this contingency clause will terminate at the time set forth above unless, within five (5) business days from
241  the Completion Date, Buyer delivers a copy of the inspection and/or risk assessment report to Seller and Brokers and (1) advises Seller
242  and Brokers, in writing that Buyer is voiding this Contract; or (2) delivers to Seller and Brokers a written amendment (the "Amendment")
243  to this Contract listing the specific existing deficiencies and corrections required by Buyer. The Amendment shall provide that Seller
244  agrees to (a) correct the deficiencies; and (b) furnish Buyer with a certification from a certified inspector/risk assessor that the deficiencies
245  have been corrected, before the Closing. Seller shall have _____ (if left blank, then 3) business days after receipt of the Amendment
246  to sign and return it to Buyer or send a written counter-proposal to Buyer. If Seller does not sign and return the Amendment or fails to
247  offer a counter-proposal, this Contract shall be null and void. If Seller offers a counter-proposal, Buyer shall have _____ (if left
248  blank, then 3) business days after receipt of the counter-proposal to accept it. If Buyer fails to accept the counter-proposal within the time
249  limit provided, this Contract shall be null and void.

250
251  **14. POINT-OF-ENTRY TREATMENT ("POET") SYSTEMS:** ☐ Applicable   ☐ Not Applicable
252  A point-of-entry treatment ("POET") system is a type of water treatment system used to remove contaminants from the water entering a
253  structure from a potable well, usually through a filtration process. Seller represents that a POET system has been installed to an existing
254  well on the Property and the POET system was installed and/or maintained using funds received from the New Jersey Spill Compensation
255  Fund Claims Program, N.J.S.A. 58:10-23.11, et seq. The Buyer understands that Buyer will not be eligible to receive any such funds for the
256  continued maintenance of the POET system. Pursuant to N.J.A.C. 7:1J-2.5(c), Seller agrees to notify the Department of Environmental
257  Protection within thirty (30) calendar days of executing this Contract that the Property is to be sold.

258
259  **15. CESSPOOL REQUIREMENTS:** ☐ Applicable   ☑ Not Applicable
260  **(This section is applicable if the Property has a cesspool, except in certain limited circumstances set forth in N.J.A.C.**
261  **7:9A-3.16.)** Pursuant to New Jersey's Standards for Individual Subsurface Sewage Disposal Systems, N.J.A.C. 7:9A (the "Standards", if
262  this Contract is for the sale of real property at which any cesspool, privy, outhouse, latrine or pit toilet (collectively "Cesspool") is located,
263  the Cesspool must be abandoned and replaced with an individual subsurface sewage disposal system at or before the time of the real
264  property transfer, except in limited circumstances.

265
266  (A) Seller represents to Buyer that ☑ no Cesspool is located at or on the Property, or ☐ one or more Cesspools are located at or on the
267  Property. [If there are one or more Cesspools, then also check EITHER Box 1 or 2 below.]

268
269  1. ☐ Seller agrees that, prior to the Closing and at its sole cost and expense, Seller shall abandon and replace any and all Cesspools
270  located at or on the Property and replace such Cesspools with an individual subsurface sewage disposal system ("System") meeting all
271  the requirements of the Standards. At or prior to the Closing, Seller shall deliver to Buyer a certificate of compliance ("Certificate of
272  Compliance") issued by the administrative authority ("Administrative Authority") (as those terms are defined in N.J.A.C. 7:9A-2.1) with
273  respect to the System. Notwithstanding the foregoing, if the Administrative Authority determines that a fully compliant system cannot
274  be installed at the Property, then Seller shall notify Buyer in writing within three (3) business days of its receipt of the Administrative
275  Authority's determination of its intent to install either a nonconforming System or a permanent holding tank, as determined by the
276  Administrative Authority ("Alternate System"), and Buyer shall then have the right to void this Contract by notifying Seller in writing
277  within seven (7) business days of receipt of the notice from Seller. If Buyer fails to timely void this Contract, Buyer shall have waived its
278  right to cancel this Contract under this paragraph, and Seller shall install the Alternate System and, at or prior to the Closing, deliver
279  to Buyer such Certificate of Compliance or other evidence of approval of the Alternate System as may be issued by the Administrative
280  Authority. The delivery of said Certificate of Compliance or other evidence of approval shall be a condition precedent to the Closing; or

281
282  2. ☐ Buyer agrees that, at its sole cost and expense, Buyer shall take all actions necessary to abandon and replace any and all Cesspools
283  located at or on the Property and replace such Cesspools with a System meeting all the requirements of the Standards or an Alternate
284  System. Buyer shall indemnify and hold Seller harmless for any and all costs, damages, claims, fines, penalties and assessments (including
285  but not limited to reasonable attorneys' and experts' fees) arising from Buyer's violation of this paragraph. This paragraph shall survive
286  the Closing.

287
288  (B) If prior to the Closing, either Buyer or Seller becomes aware of any Cesspool at or on the Property that was not disclosed by Seller
289  at or prior to execution of this Contract, the party with knowledge of the newly identified Cesspool shall promptly, but in no event later
290  than three (3) business days after receipt of such knowledge, advise the other party of the newly identified Cesspool in writing. In such

Buyer's
Initials

Seller's
Initials

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

291  event, the parties in good faith shall agree, no later than seven (7) business days after sending or receiving the written notice of the newly
292  identified Cesspool, or the day preceding the scheduled Closing, whichever is sooner, to proceed pursuant to subsection (A) 1 or 2 above
293  or such other agreement as satisfies the Standards, or either party may terminate this Contract.

294
295
296  **16. INSPECTION CONTINGENCY CLAUSE:**
297  **(A) Responsibilities of Home Ownership.**
298  Buyer and Seller acknowledge and agree that, because the purchase of a home is one of the most significant investments a person can
299  make in a lifetime, all aspects of this transaction require considerable analysis and investigation by Buyer before closing title to the
300  Property. While Brokers and salespersons who are involved in this transaction are trained as licensees under the New Jersey Licensing Act
301  they readily acknowledge that they have had no special training or experience with respect to the complexities pertaining to the multitude
302  of structural, topographical and environmental components of this Property. For example, and not by way of limitation, Brokers and
303  salespersons have no special training, knowledge or experience with regard to discovering and/or evaluating physical defects, including
304  structural defects, roof, basement, mechanical equipment, such as heating, air conditioning, and electrical systems, sewage, plumbing,
305  exterior drainage, termite, and other types of insect infestation or damage caused by such infestation. Moreover, Brokers and salespersons
306  similarly have no special training, knowledge or experience with regard to evaluation of possible environmental conditions which might
307  affect the Property pertaining to the dwelling, such as the existence of radon gas, formaldehyde gas, airborne asbestos fibers, toxic
308  chemicals, underground storage tanks, lead, mold or other pollutants in the soil, air or water.

309
310  **(B) Radon Testing, Reports and Mitigation.**
311  (Radon is a radioactive gas which results from the natural breakdown of uranium in soil, rock and water. It has been
312  found in homes all over the United States and is a carcinogen. For more information on radon, go to www.epa.gov/
313  radon/pubs/citguide.html and www.nj.gov/dep/rpp/radon or call the NJ Radon Hot Line at 800-648-0394 or 609-984-5425.)

314  If the Property has been tested for radon prior to the date of this Contract, Seller agrees to provide to Buyer, at the time of the execution
315  of this Contract, a copy of the result of the radon test(s) and evidence of any subsequent radon mitigation or treatment of the Property.
316  In any event, Buyer shall have the right to conduct a radon inspection/test as provided and subject to the conditions set forth in paragraph
317  (D) below. If any test results furnished or obtained by Buyer indicate a concentration level of 4 picocuries per liter (4.0 pCi/L) or more in
318  the subject dwelling, Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days of the
319  receipt of any such report. For the purposes of this Section 16, Seller and Buyer agree that, in the event a radon gas concentration level
320  in the subject dwelling is determined to be less than 4 picocuries per liter (4.0 pCi/L) without any remediation, such level of radon gas
321  concentration shall be deemed to be an acceptable level ("Acceptable Level") for the purposes of this Contract. Under those circumstances,
322  Seller shall be under no obligation to remediate, and this contingency clause as it relates to radon shall be deemed fully satisfied.

323
324  If Buyer's qualified inspector reports that the radon gas concentration level in the subject dwelling is four picocuries per liter (4.0 pCi/L)
325  or more, Seller shall have a seven (7) business day period after receipt of such report to notify Buyer in writing that Seller agrees to
326  remediate the gas concentration to an Acceptable Level (unless Buyer has voided this Contract as provided in the preceding paragraph).
327  Upon such remediation, the contingency in this Contract which relates to radon shall be deemed fully satisfied. If Seller fails to notify
328  Buyer of Seller's agreement to so remediate, such failure to so notify shall be deemed to be a refusal by Seller to remediate the radon level
329  to an Acceptable Level, and Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) calendar
330  days thereafter. If Buyer fails to void this Contract within the seven (7) business day period, Buyer shall have waived Buyer's right to cancel
331  this Contract and this Contract shall remain in full force and effect, and Seller shall be under no obligation to remediate the radon gas
332  concentration. If Seller agrees to remediate the radon to an Acceptable Level, such remediation and associated testing shall be completed
333  by Seller prior to the Closing.

334
335  **(C) Infestation and/or Damage By Wood Boring Insects.**
336  Buyer shall have the right to have the Property inspected by a licensed exterminating company of Buyer's choice, for the purpose of
337  determining if the Property is free from infestation and damage from termites or other wood destroying insects. If Buyer chooses to make
338  this inspection, Buyer shall pay for the inspection unless Buyer's lender prohibits Buyer from paying, in which case Seller shall pay. The
339  inspection must be completed and written reports must be furnished to Seller and Broker(s) within _____ (if left blank, then 14) calendar
340  days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-
341  Review Clause Section of this Contract, then within _____ (if left blank, then14) calendar days after the parties agree to the terms of this
342  Contract. This report shall state the nature and extent of any infestation and/or damage and the full cost of treatment for any infestation.
343  Seller agrees to treat any infestation and cure any damage at Seller's expense prior to Closing, provided, however, if the cost to cure exceeds
344  1% of the purchase price of the Property, then either party may void this Contract provided they do so within _____ (if left blank, then 7)
345  business days after the report has been delivered to Seller and Brokers. If Buyer and Seller are unable to agree upon who will pay for this
346  cost to cure and neither party timely voids this Contract, then Buyer will be deemed to have waived its right to terminate this Contract
347  and will bear the cost to cure that is over 1% of the purchase price, with Seller bearing the cost that is under 1% of the purchase price,
348
349
350

Buyer's                                    Seller's
Initials                                   Initials

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D76EFD

351  **(D) Buyer's Right to Inspections.**
352  Buyer acknowledges that the Property is being sold in an "as is" condition and that this Contract is entered into based upon the knowledge
353  of Buyer as to the value of the land and whatever buildings are upon the Property, and not on any representation made by Seller, Brokers
354  or their agents as to character or quality of the Property. Therefore, Buyer, at Buyer's sole cost and expense, is granted the right to have
355  the dwelling and all other aspects of the Property, inspected and evaluated by "qualified inspectors" (as the term is defined in subsection
356  G below) for the purpose of determining the existence of any physical defects or environmental conditions such as outlined above. If
357  Buyer chooses to make inspections referred to in this paragraph, such inspections must be completed, and written reports including a list
358  of repairs Buyer is requesting must be furnished to Seller and Brokers within _____ (if left blank, then 14) calendar days after the attorney-
359  review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section
360  of this Contract, then within _____ (if left blank, then 14) calendar days after the parties agree to the terms of this Contract. If Buyer fails
361  to furnish such written reports to Seller and Brokers within the _____ (if left blank, then 14) calendar days specified in this paragraph,
362  this contingency clause shall be deemed waived by Buyer, and the Property shall be deemed acceptable by Buyer. The time period for
363  furnishing the inspection reports is referred to as the "Inspection Time Period." Seller shall have all utilities in service for inspections.
364
365  **(E) Responsibility to Cure.**
366  If any physical defects or environmental conditions (other than radon or woodboring insects) are reported by the qualified inspectors to
367  Seller within the Inspection Time Period, Seller shall then have seven (7) business days after the receipt of such reports to notify Buyer
368  in writing that Seller shall correct or cure any of the defects set forth in such reports. If Seller fails to notify Buyer of Seller's agreement
369  to so cure and correct, such failure to so notify shall be deemed to be a refusal by Seller to cure or correct such defects. If Seller fails to
370  agree to cure or correct such defects within the seven (7) business day period, or if the environmental condition at the Property (other
371  than radon) is incurable and is of such significance as to unreasonably endanger the health of Buyer, Buyer shall then have the right to
372  void this Contract by notifying Seller in writing within seven (7) business days thereafter. If Buyer fails to void this Contract within the
373  seven (7) business day period, Buyer shall have waived Buyer's right to cancel this Contract and this Contract shall remain in full force,
374  and Seller shall be under no obligation to correct or cure any of the defects set forth in the inspections. If Seller agrees to correct or cure
375  such defects, all such repair work shall be completed by Seller prior to the closing of title.  Radon at the Property shall be governed by
376  the provisions of paragraph (B), above.
377
378  **(F) Flood Hazard Area (if applicable).**
379  The federal and state governments have designated certain areas as flood areas. If the Property is located in a flood area, the use of the
380  Property may be limited. If Buyer's inquiry reveals that the Property is in a flood area, Buyer may cancel this Contract within ten (10)
381  calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the
382  Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract.
383  If the mortgage lender requires flood insurance, then Buyer shall be responsible for obtaining such insurance on the Property. For a flood
384  policy to be in effect immediately, there must be a loan closing. There is a thirty (30) calendar day wait for flood policies to be in effect for
385  cash transactions. Therefore, cash buyers are advised to make application and make advance payment for a flood policy at least thirty
386  (30) calendar days in advance of closing if they want coverage to be in effect upon transfer of title.
387
388  Buyer's mortgage lender may require Buyer to purchase flood insurance in connection with Buyer's purchase of this Property. The
389  National Flood Insurance Program ("NFIP") provides for the availability of flood insurance but also establishes flood insurance policy
390  premiums based on the risk of flooding in the area where properties are located. Due to amendments to federal law governing the
391  NFIP, those premiums are increasing and, in some cases, will rise by a substantial amount over the premiums previously charged for
392  flood insurance for the Property. As a result, Buyer should not rely on the premiums paid for flood insurance on this Property previously
393  as an indication of the premiums that will apply after Buyer completes the purchase. In considering Buyer's purchase of this Property,
394  Buyer is therefore urged to consult with one or more carriers of flood insurance for a better understanding of flood insurance coverage,
395  the premiums that are likely to be required to purchase such insurance and any available information about how those premiums may
396  increase in the future.
397
398  **(G) Qualifications of Inspectors.**
399  Where the term "qualified inspectors" is used in this Contract, it is intended to refer to persons or businesses that are licensed or certified
400  by the State of New Jersey for such purpose.
401
402  **17. MEGAN'S LAW STATEMENT:**
403  Under New Jersey law, the county prosecutor determines whether and how to provide notice of the presence of convicted sex offenders
404  in an area. In their professional capacity, real estate licensees are not entitled to notification by the county prosecutor under Megan's Law
405  and are unable to obtain such information for you. Upon closing, the county prosecutor may be contacted for such further information
406  as may be disclosable to you.
407
408  **18. MEGAN'S LAW REGISTRY:**
409  Buyer is notified that New Jersey law establishes an Internet Registry of Sex Offenders that may be accessed at www.njsp.org. Neither
410  Seller nor any real estate broker nor salesperson make any representation as to the accuracy of the registry.

Buyer's
Initials:

Seller's
Initials:  PD

Case 23-20473-RG    Doc 76-3    Filed 03/27/24    Entered 03/27/24 16:45:53    Desc
Statement as to Why No Brief is Necessary B - Offer on 263 Boulevard    Page 14 of 46

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

**19. NOTIFICATION REGARDING OFF-SITE CONDITIONS: (Applicable to all resale transactions.)**
Pursuant to the New Residential Construction Off-Site Conditions Disclosure Act, N.J.S.A. 46:3C-1, et. seq, the clerks of municipalities in New Jersey maintain lists of off-site conditions which may affect the value of residential properties in the vicinity of the off-site condition. Buyers may examine the lists and are encouraged to independently investigate the area surrounding this property in order to become familiar with any off-site conditions which may affect the value of the property. In cases where a property is located near the border of a municipality, buyers may wish to also examine the list maintained by the neighboring municipality.

**20. AIR SAFETY AND ZONING NOTICE:**
Any person who sells or transfers a property that is in an airport safety zone as set forth in the New Jersey Air Safety and Zoning Act of 1983, N.J.S.A. 6:1-80, et seq, and appearing on a municipal map used for tax purposes, as well as Seller's agent, shall provide notice to a prospective buyer that the property is located in an airport safety zone prior to the signing of the contract of sale. The Air Safety and Zoning Act also requires that each municipality in an airport safety zone enact an ordinance or ordinances incorporating the standards promulgated under the Act and providing for their enforcement within the delineated areas in the municipality. Buyer acknowledges receipt of the following list of airports and the municipalities that may be affected by them and that Buyer has the responsibility to contact the municipal clerk of any affected municipality concerning any ordinance that may affect the Property.

| Municipality | Airport(s) | Municipality | Airport(s) |
|---|---|---|---|
| Alexandria Tp. | Alexandria & Sky Manor | Manalapan Tp. (Monmouth Cty) | Old Bridge |
| Andover Tp. | Aeroflex-Andover & Newton | Mansfield Tp. | Hackettstown |
| Bedminster Tp. | Somerset | Manville Bor. | Central Jersey Regional |
| Berkeley Tp. | Ocean County | Medford Tp. | Flying W |
| Berlin Bor. | Camden County | Middle Tp. | Cape May County |
| Blairstown Tp. | Blairstown | Millville | Millville Municipal |
| Branchburg Tp. | Somerset | Monroe Tp. (Gloucester Cty) | Cross Keys & Southern Cross |
| Buena Bor. (Atlantic Cty) | Vineland-Downtown | Monroe Tp. (Middlesex Cty) | Old Bridge |
| Dennis Tp. | Woodbine Municipal | Montgomery Tp. | Princeton |
| Eagleswood Tp. | Eagles Nest | Ocean City | Ocean City |
| Ewing Tp. | Trenton-Mercer County | Old Bridge Tp. | Old Bridge |
| E. Hanover Tp. | Morristown Municipal | Oldmans Tp. | Oldmans |
| Florham Park Bor. | Morristown Municipal | Pemberton Tp. | Pemberton |
| Franklin Tp. (Gloucester Cty) | Southern Cross & Vineland Downtown | Pequannock Tp. | Lincoln Park |
| Franklin Tp. (Hunterdon Cty) | Sky Manor | Redington Tp. | Solberg-Hunterdon |
| Franklin Tp. (Somerset Cty) | Central Jersey Regional | Rocky Hill Boro. | Princeton |
| Hammonton Bor. | Hammonton Municipal | Southampton Tp. | Red Lion |
| Hanover Tp. | Morristown Municipal | Springfield Tp. | Red Wing |
| Hillsborough Tp. | Central Jersey Regional | Upper Deerfield Tp. | Bucks |
| Hopewell Tp. (Mercer Cty) | Trenton-Mercer County | Vineland City | Kroelinger & Vineland Downtown |
| Howell Tp. | Monmouth Executive | Wall Tp. | Monmouth Executive |
| Lacey Tp. | Ocean County | Wantage Tp. | Sussex |
| Lakewood Tp. | Lakewood | Robbinsville | Trenton-Robbinsville |
| Lincoln Park Bor. | Lincoln Park | West Milford Tp. | Greenwood Lake |
| Lower Tp. | Cape May County | Winslow Tp. | Camden County |
| Lumberton Tp. | Flying W & South Jersey Regional | Woodbine Bor. | Woodbine Municipal |

The following airports are not subject to the Airport Safety and Zoning Act because they are subject to federal regulation or within the jurisdiction of the Port of Authority of New York and New Jersey and therefore are not regulated by New Jersey: Essex County Airport, Linden Airport, Newark Liberty Airport, Teterboro Airport, Little Ferry Seaplane Base, Atlantic City International Airport, and Maguire Airforce Base and NAEC Lakehurst.

**21. BULK SALES:**
The New Jersey Bulk Sales Law, N.J.S.A. 54:50-38, (the "Law") applies to the sale of certain residential property. Under the Law, Buyer may be liable for taxes owed by Seller if the Law applies and Buyer does not deliver to the Director of the New Jersey Division of Taxation (the "Division") a copy of this Contract and a notice on a form required by the Division (the "Tax Form") at least ten (10) business days prior to the Closing. If Buyer decides to deliver the Tax Form to the Division, Seller shall cooperate with Buyer by promptly providing Buyer with any information that Buyer needs to complete and deliver the Tax Form in a timely manner. Buyer promptly shall deliver to Seller a copy of any notice that Buyer receives from the Division in response to the Tax Form.

The Law does not apply to the sale of a simple dwelling house, or the sale or lease of a seasonal rental property, if Seller is an individual, estate or trust, or any combination thereof, owning the simple dwelling house or seasonal rental property as joint tenants, tenants in common or tenancy by the entirety. A simple dwelling house is a one or two family residential building, or a cooperative or condominium unit used as a residential dwelling, none of which has any commercial property. A seasonal rental property is a time

Buyer's                                    Seller's
Initials:                                   Initials:

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

471  share, or a dwelling unit that is rented for residential purposes for a term of not more than 125 consecutive days, by an owner that has a
472  permanent residence elsewhere.

473

474  If, prior to the Closing, the Division notifies Buyer to withhold an amount (the "Tax Amount") from the purchase price proceeds for
475  possible unpaid tax liabilities of Seller, Buyer's attorney or Buyer's title insurance company (the "Escrow Agent") shall withhold the Tax
476  Amount from the closing proceeds and place that amount in escrow (the "Tax Escrow"). If the Tax Amount exceeds the amount of
477  available closing proceeds, Seller shall bring the deficiency to the Closing and the deficiency shall be added to the Tax Escrow. If the
478  Division directs the Escrow Agent or Buyer to remit funds from the Tax Escrow to the Division or some other entity, the Escrow Agent
479  or Buyer shall do so. The Escrow Agent or Buyer shall only release the Tax Escrow, or the remaining balance thereof, to Seller (or as
480  otherwise directed by the Division) upon receipt of written notice from the Division that it can be released, and that no liability will be
481  asserted under the Law against Buyer.

482

483  **22. NOTICE TO BUYER CONCERNING INSURANCE:**
484  Buyer should obtain appropriate casualty and liability insurance for the Property. Buyer's mortgage lender will require that such insurance
485  be in place at Closing. Occasionally, there are issues and delays in obtaining insurance. Be advised that a "binder" is only a temporary
486  commitment to provide insurance coverage and is not an insurance policy. Buyer is therefore urged to contact a licensed insurance agent
487  or broker to assist Buyer in satisfying Buyer's insurance requirements.

488

489  **23. MAINTENANCE AND CONDITION OF PROPERTY:**
490  Seller agrees to maintain the grounds, buildings and improvements, in good condition, subject to ordinary wear and tear. The premises
491  shall be in "broom clean" condition and free of debris as of the Closing. Seller represents that all electrical, plumbing, heating and air
492  conditioning systems (if applicable), together with all fixtures included within the terms of the Contract now work and shall be in proper
493  working order at the Closing. Seller further states, that to the best of Seller's knowledge, there are currently no leaks or seepage in the
494  roof, walls or basement. Seller does not guarantee the continuing condition of the premises as set forth in this Section after the Closing.

495

496  **24. RISK OF LOSS:**
497  The risk of loss or damage to the Property by fire or otherwise, except ordinary wear and tear, is the responsibility of Seller until
498  the Closing.

499

500  **25. INITIAL AND FINAL WALK-THROUGHS:**
501  In addition to the inspections set forth elsewhere in this Contract, Seller agrees to permit Buyer or Buyer's duly authorized
502  representative to conduct an initial and a final walk-through inspection of the interior and exterior of the Property at any reasonable
503  time before the Closing. Seller shall have all utilities in service for the inspections.

504

505  **26. ADJUSTMENTS AT CLOSING:**
506  Seller shall pay for the preparation of the Deed, realty transfer fee, lien discharge fees, if any, and one-half of the title company charges
507  for disbursements and attendance allowed by the Commissioner of Insurance; but all searches, title insurance premium and other
508  conveyancing expenses are to be paid for by Buyer.

509

510  Seller and Buyer shall make prorated adjustments at Closing for items which have been paid by Seller or are due from Seller, such as real
511  estate taxes, water and sewer charges that could be claims against the Property, rental and security deposits, association and condominium
512  dues, and fuel in Seller's tank. Adjustments of fuel shall be based upon physical inventory and pricing by Seller's supplier. Such determi-
513  nation shall be conclusive.

514

515  If Buyer is assuming Seller's mortgage loan, Buyer shall credit Seller for all monies, such as real estate taxes and insurance premiums paid
516  in advance or on deposit with Seller's mortgage lender. Buyer shall receive a credit for monies, which Seller owes to Seller's Mortgage
517  lender, such as current interest or a deficit in the mortgage escrow account.

518

519  If the Property is used or enjoyed by not more than four families and the purchase price exceeds $1,000,000, then pursuant to N.J.S.A.
520  46:15-7.2, Buyer will be solely responsible for payment of the fee due for the transfer of the Property, which is the so-called "Mansion
521  Tax", in the amount of one (1%) percent of the purchase price.

522

523  Unless an exemption applies, non-resident individuals, estates, or trusts that sell or transfer real property in New Jersey are required to
524  make an estimated gross income tax payment to the State of New Jersey on the gain from a transfer/sale of real property (the so-called
525  "Exit Tax,") as a condition of the recording of the deed.

526

527  If Seller is a foreign person (an individual, corporation or entity that is a non-US resident) under the Foreign Investment in Real
528  Property Tax Act of 1980, as amended ("FIRPTA"), then with a few exceptions, a portion of the proceeds of sale may need to be
529  withheld from Seller and paid to the Internal Revenue Service as an advance payment against Seller's tax liability. any state or federal income tax withholding amount(s)
530  Seller agrees that, if applicable, Seller will (a) be solely responsible for payment of

Buyer's
Seller's
Initials

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

531 required by law to be paid by Seller (which Buyer may deduct from the purchase price and pay at the Closing); and (b) execute
532 and deliver to Buyer at the Closing any and all forms, affidavits or certifications required under state and federal law to be filed in
533 connection with the amount(s) withheld.
534 There shall be no adjustment on any Homestead Rebate due or to become due.
535
**27. FAILURE OF BUYER OR SELLER TO CLOSE:**
536 If Seller fails to close title to the Property in accordance with this Contract, Buyer then may commence any legal or equitable action
537 to which Buyer may be entitled. If Buyer fails to close title in accordance with this Contract, Seller then may commence an action
538 for damages it has suffered, and, in such case, the deposit monies paid on account of the purchase price shall be applied against such
539 damages. If Buyer or Seller breach this Contract, the breaching party will nevertheless be liable to Brokers for the commissions in the
540 amount set forth in this Contract, as well as reasonable attorneys' fees, costs and such other damages as are determined by the Court.
541
542
**28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGMENT:**
543 By signing below, Seller and Buyer acknowledge they received the Consumer Information Statement on New Jersey Real Estate
544 Relationships from the Broker(s) prior to the first showing of the Property.
545
546
**29. DECLARATION OF BROKER(S)/S BUSINESS RELATIONSHIP(S):**
547 (A) _KELLER WILLIAMS METROPOLITAN_ (name of firm) and its authorized
548
549 representative(s) _EDWIN KALINKA_
550
551 (name(s) of licensee(s))
552
553 ARE OPERATING IN THIS TRANSACTION AS A (indicate one of the following)
554 □ SELLER'S AGENT    □ BUYER'S AGENT    ☑ DISCLOSED DUAL AGENT    □ TRANSACTION BROKER.
555 (B) (If more than one firm is participating, provide the following) INFORMATION SUPPLIED BY_____
556 _SAME AS ABOVE_ (name of other firm.) HAS INDICATED THAT IT IS
557 OPERATING IN THIS TRANSACTION AS A (indicate one of the following)
558 □ SELLER'S AGENT    □ BUYER'S AGENT    □ TRANSACTION BROKER.
559
560
**30. BROKERS' INFORMATION AND COMMISSION:**
561 The commission, in accord with the previously executed listing agreement, shall be due and payable at the Closing and payment by Buyer
562 of the purchase consideration for the Property. Seller hereby authorizes and instructs whomever is the disbursing agent to pay the full
563 commission as set forth below to the below-mentioned Brokerage Firm(s) out of the proceeds of sale prior to the payment of any such
564 funds to Seller. Buyer consents to the disbursing agent making said disbursements. The commission shall be paid upon the purchase price
565 set forth in Section 2 and shall include any amounts allocated to, among other things, furniture and fixtures.
566
567 _KELLER WILLIAMS METROPOLITAN_    REC License ID _1221057_
568 Listing Firm
569 _EDWIN KALINKA_    REC License ID _9132056_
570 Listing Agent
571 _44 Whippany Rd #230, MORRISTOWN NJ   07960_
572 Address
573 _973-539-1120_    _973-670-8338_
574 Office Telephone    Fax    Agent Cell Phone
575 _KALINKATEAM@GMAIL.COM_    _As per LA. 2.25%_
576 E-mail    (Per Listing Agreement)    Commission due Listing Firm
577
578 Keller Williams Realty Metropolitan
579 Participating Firm    REC License ID
580
581    REC License ID
582 Participating Agent
583 44 Whippany Road    Suite 230   Morristown    NJ   07960
584 Address
585 973-539-1120
586 Office Telephone    Fax    Agent Cell Phone
587 _SAME AS ABOVE_    _2.25%_    □ PD  ─DS
588 E-mail    Commission due Participating Firm
589    Buyer's
590    Seller's
    Initials

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

**31. EQUITABLE LIEN:**
Under New Jersey law, brokers who bring the parties together in a real estate transaction are entitled to an equitable lien in the amount of their commission. This lien attaches to the property being sold from when the contract of sale is signed until the closing and then to the funds due to seller at closing, and is not contingent upon the notice provided in this Section. As a result of this lien, the party who disburses the funds at the Closing in this transaction should not release any portion of the commission to any party other than Broker(s) and, if there is a dispute with regard to the commission to be paid, should hold the disputed amount in escrow until the dispute with Broker(s) is resolved and written authorization to release the funds is provided by Broker(s).

**32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE:** ☐ Applicable ☑ Not Applicable
A real estate licensee in New Jersey who has an interest as a buyer or seller of real property is required to disclose in the sales contract that the person is a licensee. _____ therefore discloses that he/she is licensed in New Jersey as a real estate ☐ broker ☐ broker-salesperson ☐ salesperson ☐ referral agent.

**33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS:**
Buyer and Seller agree that Broker(s) involved in this transaction will be provided with the Closing Disclosure documents and any amendments to those documents in the same time and manner as the Consumer Financial Protection Bureau requires that those documents be provided to Buyer and Seller. In addition, Buyer and Seller agree that, if one or both of them hire an attorney who disapproves this Contract as provided in the Attorney-Review Clause Section, then the attorney(s) will notify the Broker(s) in writing when either this Contract is finalized or the parties decide not to proceed with the transaction.

**34. PROFESSIONAL REFERRALS:**
Seller and Buyer may request the names of attorneys, inspectors, engineers, tradespeople or other professionals from their Brokers involved in the transaction. Any names provided by Broker(s) shall not be deemed to be a recommendation or testimony of competency of the person or persons referred. Seller and Buyer shall assume full responsibility for their selection(s) and hold Brokers and/or salespersons harmless for any claim or actions resulting from the work or duties performed by these professionals.

**35. ATTORNEY-REVIEW CLAUSE:**
(1) Study by Attorney.
Buyer or Seller may choose to have an attorney study this Contract. If an attorney is consulted, the attorney must complete his or her review of the Contract within a three-day period. This Contract will be legally binding at the end of this three-day period unless an attorney for Buyer or Seller reviews and disapproves of the Contract.

(2) Counting the Time.
You count the three days from the date of delivery of the signed Contract to Buyer and Seller. You do not count Saturdays, Sundays or legal holidays. Buyer and Seller may agree in writing to extend the three-day period for attorney review.

(3) Notice of Disapproval.
If an attorney for the Buyer or Seller reviews and disapproves of this Contract, the attorney must notify the Broker(s) and the other party named in this Contract within the three-day period. Otherwise this Contract will be legally binding as written. The attorney must send the notice of disapproval to the Broker(s) by fax, e-mail, personal delivery, or overnight mail with proof of delivery. Notice by overnight mail will be effective upon mailing. The personal delivery will be effective upon delivery to the Broker's office. The attorney may also, but need not, inform the Broker(s) of any suggested revision(s) in the Contract that would make it satisfactory.

**36. NOTICES:**
All notices shall be by certified mail, fax, e-mail, recognized overnight courier or electronic document (except for notices under the Attorney-Review Clause Section) or by delivering it personally. The certified letter, e-mail, reputable overnight carrier, fax or electronic document will be effective upon sending. Notices to Seller and Buyer shall be addressed to the addresses in Section 1, unless otherwise specified in writing by the respective party.

**37. NO ASSIGNMENT:**
This Contract shall not be assigned without the written consent of Seller. This means that Buyer may not transfer to anyone else Buyer's rights under this Contract to purchase the Property.

**38. ELECTRONIC SIGNATURES AND DOCUMENTS:**
Buyer and Seller agree that the New Jersey Uniform Electronic Transaction Act, N.J.S.A. 12A:12-1 to 26, applies to this transaction, including but not limited to the parties and their representatives having the right to use electronic signatures and electronic documents that are created, generated, sent, communicated, received or stored in connection with this transaction. Since Section 11 of the Act provides that acknowledging an electronic signature is not necessary for the signature of such a person where all other information required to be included is attached to or logically associated with the signature or record, such electronic signatures, including but not limited to an electronic signature of one of the parties to this Contract, do not have to be witnessed.

Buyer's                                          Seller's
Initials                                         Initials

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 67CDBAC5-A6B5-4464-A59B-8E2B75D78EFD

**39. CORPORATE RESOLUTIONS:**
If Buyer or Seller is a corporate or other entity, the person signing below on behalf of the entity represents that all required corporate resolutions have been duly approved and the person has the authority to sign on behalf of the entity.

**40. ENTIRE AGREEMENT; PARTIES LIABLE:**
This Contract contains the entire agreement of the parties. No representations have been made by any of the parties, the Broker(s) or its salespersons, except as set forth in this Contract. This Contract is binding upon all parties who sign it and all who succeed to their rights and responsibilities and only may be amended by an agreement in writing signed by Buyer and Seller.

**41. APPLICABLE LAWS:**
This Contract shall be governed by and construed in accordance with the laws of the State of New Jersey and any lawsuit relating to this Contract or the underlying transaction shall be venued in the State of New Jersey.

**42. ADDENDA:**
The following additional terms are included in the attached addenda or riders and incorporated into this Contract (check if applicable):

☐ Buyer's Property Sale Contingency          ☐ Private Well Testing
☐ Condominium/Homeowner's Associations       ☐ Properties With Three (3) or More Units
☐ Coronavirus                                ☐ Seller Concession
☒ FHA/VA Loans                               ☐ Short Sale
☐ Lead Based Paint Disclosure (Pre-1978)     ☐ Solar Panel
☐ New Construction                           ☐ Swimming Pools
☒ Private Sewage Disposal (Other than Cesspool)   ☐ Underground Fuel Tank(s)

**43. ADDITIONAL CONTRACTUAL PROVISIONS:**

WITNESS:

_____          3/27/2024  |  9:14 PDT
_____
BUYER                                                   Date

_____
BUYER                                                   Date

_____
BUYER                                                   Date

_____
BUYER                                                   Date

_____Paul Delongo_____          3/27/2024
_____
SELLER                                                  Date

_____
SELLER                                                  Date

_____
SELLER                                                  Date

_____
SELLER                                     Buyer's          Seller's          Date

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

DocuSign Envelope ID: 8EAE06DD-C14A-4509-8FBA-C53C0DAE579F



**NEW JERSEY REALTORS®**
**OPEN PUBLIC RECORDS ACT**
**NOTICE TO BUYERS AND SELLERS**

©2021 NEW JERSEY REALTORS®

The New Jersey Open Public Records Act ("OPRA") allows a Buyer or Seller to request documents from a municipality and other governmental entities that may provide important information about a property that the Buyer/Seller is interested in purchasing/selling. Under OPRA, a governmental entity must provide most documents for inspection, copying or examination in response to a request within seven (7) business days, unless a reasonable extension is needed to provide the documents. A request must be for specific identifiable documents and not for information.

It is recommended that Buyers or Sellers submit an OPRA request for documents relating to a property to the municipality in which the property they are interested in purchasing/selling is located. The request should be submitted as soon as possible in order to allow time to deal with any issues that the documents reveal and because they may affect the Buyers' interest in purchasing the property and the Sellers' decisions about marketing the property. OPRA request forms are available from municipalities, typically on their websites.

Documents a Buyer or Seller may want to request include but are not limited to the following:

1. Open and closed permits for work at the property.
2. Documents regarding any variance pending, granted or denied for the property.
3. Complaints filed by the municipality and other citations for code or other violations at the property.
4. Any pending or finalized assessments for the property.
5. Tax assessors reports or memos regarding the property.
6. Any deed, easement or other restriction of record for the property.
7. Inspections for environmental issues, water wells, sanitary disposal systems and underground fuel tanks for the property.
8. The current certificate of occupancy for the property.
9. Any document indicating if the property is in a flood zone.
10. A list of off-site conditions that may affect the value of the property that is maintained by the municipality pursuant to the New Residential Construction Off-Site Conditions Disclosure Act.
11. The current ordinances passed by the municipality pursuant to the New Jersey Air Safety and Zoning Act if the municipality is in an air safety zone.

Buyers and Sellers understand that important information may be obtained about a property in response to an OPRA request and acknowledge that they have been advised to file such a request.

DocuSigned by:

_____          3/27/2024  |  9:14 PDT
BUYER/SELLER                                          DATE

_____          _____
BUYER/SELLER                                          DATE

DocuSigned by:
*Paul Dolengo*
_____          3/27/2024
BUYER/SELLER                                          DATE

_____          _____
BUYER/SELLER                                          DATE



DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



# WIRE FRAUD NOTICE

© 2018 New Jersey REALTORS®

**PROTECT YOURSELF FROM BECOMING A VICTIM OF WIRE FRAUD.** Wire fraud has become very common. It typically involves a criminal hacker sending fraudulent wire transfer instructions in an email to an unsuspecting buyer/ tenant or seller/landlord in a real estate transaction that appears as though it is from a trusted source, such as the victim's broker, attorney, appraiser, home inspector or title agent. The email may look exactly like other emails that the victim received in the past from such individuals, including having the same or a similar email address, accurate loan and other financial information, and the logo of one of those individuals. If the hacker is successful, the victim will follow the bogus instructions to wire money, such as deposit money or the payment of an invoice, to the hacker's account. Once this money has been wired, it may not be possible to recover it.

We strongly recommend that, <u>before</u> you wire funds to any party, including your own attorney, real estate broker or title agent, you <u>personally call</u> them to confirm the account number and other wire instructions. You only should call them at a number that you have obtained on your own (e.g., from the sales contract, the lease, their website, etc.) and should <u>not</u> use any phone number that is in any email - <u>even if the email appears to be from someone you know</u>.

If you have any reason to believe that your money was sent to a hacker, you must immediately contact your bank and your local office of the Federal Bureau of Investigation, who can work with other agencies to try to recover your money, to advise them where and when the money was sent. You also should promptly file a complaint with the Internet Crime Center at bcc.ic3.gov.

Finally, since much of the information included in such fraudulent emails is obtained from email accounts that are not secure, we strongly recommend that you not provide any sensitive personal or financial information in an email or an attachment to an email. Whenever possible, such information, including Social Security numbers, bank account and credit card numbers and wiring instructions, should be sent by more secure means, such as by hand delivery, over the phone, or through secure mail or overnight services.

**By signing below, you indicate that you have read and understand the contents of this Notice:**

Seller/Landlord: _Paul Dolengo_   Date: 3/27/2024

Seller/Landlord: _____   Date: _____

Buyer/Tenant: _____   Date: 3/27/2024 | 9:14 PDT

Buyer/Tenant: _____   Date: _____



DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

| Morris* Pequannock Twp.* (2331) | | 263 Boulevard* | | | List Price: $899,000 |
|---|---|---|---|---|---|



| Residential Agent Complete Report | MLS#: | 3871973 | Section: | Pompton Plains | LP: $899,000 |
|---|---|---|---|---|---|
| | Status: | Active | ZN: | | OLP: $899,000 |
| | Rms: | 9 | GRS: | | SP: |
| | Bdrm: | 4 | MSJR: | | LD: 10/27/2023 |
| | FB: | 2 | HS: . | | XD: 05/04/2024 |
| | HB: | 1 | Acres: | 0.68* | FSD: |
| | ZIP: | 07444-1701* | LtSz: | 131X226* | UCD: |
| | RZIP: | 07444 | SqFt: | | ACD: |
| | Block: | 2106* | CLR: | Green | CD: |
| | Lot: | 2* | CL: | No | ADM: 122 |
| | Unit #: | | GSMLS.com: | Yes | DOM: 151 |
| | Floor #: | | YB/Desc/Ren: | 1898 / Approximate, Renovated / 2010 | Terms: |
| | Bldg #: | | PSubType: | Single Family | SDA: Yes |
| | AgeRestricted: | No | Style: | Colonial, Custom Home | |
| | Pets: | | | | |

**Directions:** Sunset Road to Boulevard

**Remarks:** Welcome to this charming 4-bedroom, 2.5-bathroom colonial-style home that's straight out of yesteryear, yet brimming with timeless elegance. As you step inside, you'll be greeted by a cozy library, complete with a crackling fireplace, where you can curl up with a good book on chilly evenings. The heart of this home is its custom kitchen, adorned with beautifully painted murals that add a touch of artistic flair. It's the perfect place to whip up culinary masterpieces or simply enjoy your morning coffee. When it's time for more formal affairs, you'll find a gracious dining room and a stylish living room, both exuding classic charm and ready to host gatherings with a touch of sophistication. And don't forget the side porch, where you can soak in the fresh air and perhaps sip on lemonade as you watch the world go by. Oversized detached 2 car plus, finished garage is for the workshop enthusiast boasting heat and electric along with a few other goodies. This Victorian gem offers the best of both worlds - the cozy warmth of yesteryear and the modern conveniences you desire. It's a home where memories are made, and every corner whispers tales of timeless elegance.

**Agent Remarks:** Appmt thru Showing Time only - call 800-746-9464. Notice required. Only between 9am-7pm - Principals only. Please give time for confirmation. Qs - call Ed K 973.670.8338

## INTERIOR

| | |
|---|---|
| **Applncs:** Carbon Monoxide Detector, Central Vacuum, Dishwasher, Kitchen Exhaust Fan, Refrigerator, Range/Oven-Gas, Washer, Wine Refrigerator | **IntFeat:** Carbon Monoxide Detector, High Ceilings, Smoke Detector, Tub Shower |
| **Bsmnt:** Yes / Unfinished | **Kitch:** Country Kitchen, Eat-In Kitchen |
| **Dine:** Formal Dining Room | |
| **FirePl:** 1 / Library | |
| **Floor:** Tile, Wood | |

## EXTERIOR / OTHER FEATURES

| | |
|---|---|
| **Drive:** 6 / Off-Street Parking, Paver Block | **Garage:** 2 / Detached Garage, Garage Door Opener, Finished Garage, Oversize Garage, See Remarks |
| **Exterior:** Brick, Wood | **LotDesc:** Level Lot, Open Lot |
| **ExtFeat:** Deck, Open Porch(es), Patio | **Roof:** Imitation Slate |

## ROOM DIMENSIONS

| | | | | |
|---|---|---|---|---|
| **LivRm:** / First | **DinRm:** / First | **Kitch:** / First | **Den:** / First | **FamRm:** / First |
| **Mstr:** / Second | **Bed2:** / Second | **Bed3:** / Second | **Bed4:** / Second | |

**LevelB:** Storage Room, Utility Room
**Level1:** Dining Room, Foyer, Kitchen, Library, Living Room, Office, Powder Room
**Level2:** 4 Or More Bedrooms, Bath Main, Bath(s) Other
**Attic:** Pull Down Stairs

## UTILITIES

| | |
|---|---|
| **Heat:** 2 Units, Radiant - Hot Water, Radiators - Hot Water | **Sewer:** Septic |
| **Cool:** Central Air | **Utilities:** Electric, Gas-Natural |
| **Fuel:** Gas-Natural | **Water:** Public Water |
| **Service:** Cable TV Available, Garbage Extra Charge | |

## FINANCIAL INFORMATION / TAX INFORMATION

| | | | | |
|---|---|---|---|---|
| **Taxes:** $12,193* / 2022* | **TaxRt:** 2.545* / 2022 | **BldAsmt:** $292,900* | **LndAsmt:** $233,200* | **TotAsmt:** $526,100* |
| **Fee:** $/ | **AppFee:** $ | **FarmAsm:** | **HmWrnty:** | **OTP:** Fee Simple |
| **Other:** $/ | **Easement:** Yes / as per survey | **LenderAprvReq:** Call LA | | |

## SHOWING INFORMATION

**Owner:** CO LB
**Possess:** pass of title

**Sign** No

**Instr:** Limited showing times. Seller is elderly. Please call showing time to schedule. Do not schedule on MLS system. Call 800-746-9464. Questions call Ed Kalinka 973.670.8338
**Show:** Limited Hours-Call LO, See Showing Instructions

## LISTING OFFICE INFORMATION

| | | |
|---|---|---|
| **ListOff:** KELLER WILLIAMS METROPOLITAN   (4330) | **Ph:** 973-539-1120 | **Email:** edwinkalinka@gmail.com |
| **ListAgt1:** EDWIN KALINKA   (236394) | **Ph:** 973-670-8338 | **Fax:** 973-605-5105 |
| **BB:** 2.25 -250 | **SA:** 0 | **TB:** 2.25-250 |
| **LType:** Exclusive Right to Sell | **BREL:** Seller Agent | **VarComm:** No |

Copyright, Garden State MLS, L.L.C.
Deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.*

DocuSigned by:
2C373332F8304C8...

DocuSigned by:
Paul Dolongo
4A73C9741397410...

EDWIN KALINKA

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



**NEW JERSEY REALTORS**

## DISCLOSURE OF INFORMATION AND ACKNOWLEDGMENT ABOUT
## LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARDS

**I. LEAD PAINT WARNING**

Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

**II. PROPERTY ADDRESS:** 263 BOULEVARD   PEQUANNOCK NJ 07440

**III. SELLER'S DISCLOSURE** (initial) (To be completed and signed at time of listing)

_____ (a) Presence of lead-based paint and/or lead-based paint hazards (check one below):

    ❏ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain):

_____

_____

    ❏ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

_____ (b) Records and Reports available to the seller (check one below):

    ❏ Seller has no reports or records pertaining to lead-based paint and/or lead-based hazards in the housing.

    ❏ Seller has the following reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing, all of which seller has provided to its listing agent, and has directed its listing agent to provide purchaser or purchaser's agent with these records and reports **prior to seller accepting any offer to purchase** (list documents below):

_____

_____ (c) **If there is any change in the above information prior to seller accepting an offer from the purchaser to purchase, seller will disclose all changes to the purchaser prior to accepting the offer.**

**IV. SELLER'S CERTIFICATION OF ACCURACY**

Seller(s) have reviewed the Seller's Disclosure in Section III and certify, to the best of his/her/their knowledge, that the information they have provided is true and accurate.

Seller X _____ Date 10/31/23  Seller _____ Date / /

Seller _____ Date / /  Seller _____ Date / /

**V. LISTING AGENT'S CERTIFICATION OF ACCURACY**

Listing Agent certifies that he/she has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

Listing Agent _____ Date 10/31/23

**VI. PURCHASER'S ACKNOWLEDGMENT** (initial) (The Seller's Disclosure in Section III and Certification in Section IV and the Listing Agent's Certification in Section V to be completed and signed prior to purchaser signing this Disclosure.)

_____ (a) Purchaser has received copies of all information listed in Section III above.

_____ (b) Purchaser has received the pamphlet Protect Your Family From Lead in Your Home.

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

(c) Purchaser has (check one below):

☑ Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

☐ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

## VII. PURCHASER'S CERTIFICATION OF ACCURACY

Purchaser(s) have reviewed the Purchaser's Acknowledgment in Section VI and certify, to the best of his/her/their knowledge, that the information they have provided is true and accurate.

Purchaser _____    Date 3/27/2024 / 9:14 PM EDT    Purchaser _____    Date / /

Purchaser _____    Date / /    Purchaser _____    Date / /

## VIII. SELLING/BUYER'S AGENT'S CERTIFICATION OF ACCURACY

Selling/Buyer's Agent certifies that the purchaser has received the information in section VI (a) and (b).

Selling/Buyer's Agent _____    Date 3/26/24

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



**SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT**

© 2018, New Jersey REALTORS®

**NEW JERSEY REALTORS®**

Property Address: *263 BOULEVARD*
*Pompton Plains*

Seller: *PAUL DOLENGO*

The purpose of this Disclosure Statement is to disclose, to the best of Seller's knowledge, the condition of the Property, as of the date set forth below. The Seller is aware that he or she is under an obligation to disclose any known material defects in the Property even if not addressed in this printed form. Seller alone is the source of all information contained in this form. All prospective buyers of the Property are cautioned to carefully inspect the Property and to carefully inspect the surrounding area for any off-site conditions that may adversely affect the Property. Moreover, this Disclosure Statement is not intended to be a substitute for prospective buyer's hiring of qualified experts to inspect the Property.

If your property consists of multiple units, systems and/or features, please provide complete answers on all such units, systems and/or features even if the question is phrased in the singular, such as if a duplex has multiple furnaces, water heaters and fireplaces.

**OCCUPANCY**

| Yes | No | Unknown | |
|-----|-----|---------|---|
| | | [] | 1. Age of House, if known *1898* |
| ☒ | [] | | 2. Does the Seller currently occupy this property? |
| | | | If not, how long has it been since Seller occupied the property? *34* |
| | | | 3. What year did the seller buy the property? *1990*   *NOV 31* |
| [] | [] | | 3a. Do you have in your possession the original or a copy of the deed evidencing your ownership of the property? If "yes," please attach a copy of it to this form. |

**ROOF**

| Yes | No | Unknown | |
|-----|-----|---------|---|
| | | [] | 4. Age of roof *5 YEARS* |
| ☒ | [] | | 5. Has roof been replaced or repaired since seller bought the property? |
| [] | ☒ | | 6. Are you aware of any roof leaks? |
| | | | 7. Explain any "yes" answers that you give in this section: |

**ATTIC, BASEMENTS AND CRAWL SPACES** (Complete only if applicable)

| Yes | No | Unknown | |
|-----|-----|---------|---|
| [] | ☒ | | 8. Does the property have one or more sump pumps? |
| [] | ☒ | | 8a. Are there any problems with the operation of any sump pump? |
| [] | | ☒ | 9. Are you aware of any water leakage, accumulation or dampness within the basement or crawl spaces or any other areas within any of the structures on the property? |
| [] | | ☒ | 9a. Are you aware of the presence of any mold or similar natural substance within the basement or crawl spaces or any other areas within any of the structures on the property? |
| [] | ☒ | | 10. Are you aware of any repairs or other attempts to control any water or dampness problem in the basement or crawl space? If "yes," describe the location, nature and date of the repairs: |
| [] | ☒ | | 11. Are you aware of any cracks or bulges in the basement floor or foundation walls? If "yes," specify location. |



DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

12. Are you aware of any restrictions on how the attic may be used as a result of the manner in which the attic or roof was constructed? [ ] [O]

13. Is the attic or house ventilated by: ❑ a whole house fan? ☑ an attic fan? [ ] [N]

13a. Are you aware of any problems with the operation of such a fan? [ ] [N]

14. In what manner is access to the attic space provided?
❑ staircase   ❑ pull down stairs   ❑ crawl space with aid of ladder or other device
❑ other _____

15. Explain any "yes" answers that you give in this section:
_____
_____

## TERMITES/WOOD DESTROYING INSECTS, DRY ROT, PESTS

|  | Yes | No | Unknown |
|--|--|--|--|

16. Are you aware of any termites/wood destroying insects, dry rot, or pests affecting the property? [ ] [N]

17. Are you aware of any damage to the property caused by termites/wood destroying insects, dry rot, or pests? [ ] [N]

18. If "yes," has work been performed to repair the damage? [ ] [ ]

19. Is your property under contract by a licensed pest control company? If "yes," state the name and address of the licensed pest control company: _____ [ ] [N]

20. Are you aware of any termite/pest control inspections or treatments performed on the property in the past? [ ] [N]

21. Explain any "yes" answers that you give in this section:
_____
_____

## STRUCTURAL ITEMS

|  | Yes | No | Unknown |
|--|--|--|--|

22. Are you aware of any movement, shifting, or other problems with walls, floors, or foundations, including any restrictions on how any space, other than the attic or roof, may be used as a result of the manner in which it was constructed? [ ] [N]

23. Are you aware if the property or any of the structures on it have ever been damaged by fire, smoke, wind or flood? [ ] [N]

24. Are you aware of any fire retardant plywood used in the construction? [ ] [N]

25. Are you aware of any current or past problems with driveways, walkways, patios, sinkholes, or retaining walls on the property? [ ] [N]

26. Are you aware of any present or past efforts made to repair any problems with the items in this section? [ ] [N]

27. Explain any "yes" answers that you give in this section. Please describe the location and nature of the problem.
_____
_____

## ADDITIONS/REMODELS

|  | Yes | No | Unknown |
|--|--|--|--|

28. Are you aware of any additions, structural changes or other alterations to the structures on the property made by any present or past owners? [ ] [N]

29. Were the proper building permits and approvals obtained? Explain any "yes" answers you give in this section: [N] [ ] [ ]
_____
_____

## PLUMBING, WATER AND SEWAGE

|  | Yes | No | Unknown |
|--|--|--|--|

30. What is the source of your drinking water?
[N] Public ❑ Community System ❑ Well on Property ❑ Other (explain) _____

31. If your drinking water source is not public, have you performed any tests on the water? [ ] [ ]
If so, when? _____
Attach a copy of or describe the results.

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

| Line | | | | |
|---|---|---|---|---|
| 11 | [] | [X] | [] | 32. Does the wastewater from any clothes washer, dishwasher, or other appliance discharge to any |
| 12 | | | | location other than the sewer, septic, or other system that services the rest of the property? |
| 13 | | | [] | 33. When was well installed? _____ |
| 14 | | | [] | Location of well? _____ |
| 15 | [] | [] | | 34. Do you have a softener, filter, or other water purification system? ❑ Leased ☑ Owned |
| 16 | | | | 35. What is the type of sewage system? |
| 17 | | | | ❑ Public Sewer  ❑ Private Sewer ☑ Septic System  ❑ Cesspool  ❑ Other (explain): _____ |
| 18 | [X] | [] | | 36. If you answered "septic system," have you ever had the system inspected to confirm that it is a true |
| 19 | | | | septic system and not a cesspool? |
| 20 | | | [] | 37. If Septic System, when was it installed? _____ |
| 21 | | | | Location? ___SIDE YARD___ |
| 22 | | | [X] | 38. When was the Septic System or Cesspool last cleaned and/or serviced? _____ |
| 23 | [] | [X] | [] | 39. Are you aware of any abandoned Septic Systems or Cesspools on your property? |
| 24 | [] | [] | [] | 39a. If "yes," is the closure in accordance with the municipality's ordinance? (explain): |
| 25 | | | | _____ |
| 26 | [] | [X] | | 40. Are you aware of any leaks, backups, or other problems relating to any of the plumbing systems and |
| 27 | | | | fixtures (including pipes, sinks, tubs and showers), or of any other water or sewage related problems? |
| 28 | | | | If "yes," explain: |
| 29 | | | | |
| 30 | [] | [X] | | 41. Are you aware of any shut off, disconnected, or abandoned wells, underground water or sewage |
| 31 | | | | tanks, or dry wells on the property? |
| 32 | [] | [X] | [] | 42. Is either the private water or sewage system shared? If "yes," explain: _____ |
| 33 | | | | |
| 34 | | | | 43. Water Heater: ❑ Electric  ❑ Fuel Oil ☑ Gas |
| 35 | | | [] | Age of Water Heater ___2 YR___ |
| 36 | [] | [X] | | 43a. Are you aware of any problems with the water heater? |
| 37 | | | | 44. Explain any "yes" answers that you give in this section: |
| 138 | | | | ___NEW SYSTEM INSTALLED WAS NOT CESSPOOL___ |
| 139 | | | | |
| 140 | | | | |

**HEATING AND AIR CONDITIONING**

| Line | Yes | No | Unknown | |
|---|---|---|---|---|
| 141 | | | | |
| 142 | | | | |
| 143 | | | | 45. Type of Air Conditioning? |
| 144 | | | | ☑ Central one zone  ❑ Central multiple zone  ❑ Wall/Window Unit  ❑ None |
| 145 | | | | 46. List any areas of the house that are not air conditioned: |
| 146 | | | | |
| 147 | | | [] | 47. What is the age of Air Conditioning System? ___30 YRS___ |
| 148 | | | | 48. Type of heat:  ❑ Electric  ❑ Fuel Oil ☑ Natural Gas  ❑ Propane  ❑ Unheated  ❑ Other |
| 149 | | | | 49. What is the type of heating system? (for example, forced air, hot water or base board, radiator, steam |
| 150 | | | | heat)  ___HOT WATER RADIATOR AND 40% RADIANT 4-STEAM___ |
| 151 | | | | 50. If it is a centralized heating system, is it one zone or multiple zones? |
| 152 | | | | ___MULTIPLE ZONES___ |
| 153 | | | [X] | 51. Age of furnace ___10 YRS?___  Date of last service: _____ |
| 154 | | | | 52. List any areas of the house that are not heated: |
| 155 | | | | ___NONE___ |
| 156 | [] | [X] | [] | 53. Are you aware of any tanks on the property, either above or underground, used to store fuel or other |
| 157 | | | | substances? |
| 158 | [] | [] | | 54. If tank is not in use, do you have a closure certificate? |
| 159 | [] | [] | | 55. Are you aware of any problems with any items in this section? If "yes," explain: |
| 160 | | | | _____ |
| 161 | | | | |

**WOODBURNING STOVE OR FIREPLACE**

| Line | Yes | No | Unknown | |
|---|---|---|---|---|
| 162 | | | | |
| 163 | | | | |
| 164 | [X] | [] | | 56. Do you have:  ❑ wood burning stove? ☑ fireplace?  ❑ insert?  ❑ other |
| 165 | [X] | [] | | 56a. Is it presently usable? |
| 166 | [] | [] | [X] | 57. If you have a fireplace, when was the flue last cleaned? _____ |
| 167 | [] | [X] | [X] | 57a. Was the flue cleaned by a professional or non-professional? _____ |
| 168 | [X] | [] | [] | 58. Have you obtained any required permits for any such item? |
| 169 | [] | [X] | | 59. Are you aware of any problems with any of these items? If "yes," please explain: _____ |
| 170 | | | | _____ |

## ELECTRICAL SYSTEM

| | Yes | No | Unknown | |
|---|---|---|---|---|
| 73 | | | | 60. What type of wiring is in this structure? ☒ Copper ☐ Aluminum ☐ Other ☐ Unknown |
| 74 | | | | 61. What amp service does the property have? ☐ 60 ☐ 100 ☐ 150 ☒ 200 ☐ Other ☐ Unknown |
| 75 | ☒ | ☐ | ☐ | 62. Does it have 240 volt service? Which are present ☒ Circuit Breakers, ☐ Fuses or ☐ Both? |
| 76 | ☒ | ☐ | | 63. Are you aware of any additions to the original service? |
| 77 | | | | If "yes," were the additions done by a licensed electrician? Name and address: |
| 78 | | | | ż ZIZA ELECTRIC |
| 80 | ☒ | ☐ | ☐ | 64. If "yes," were proper building permits and approvals obtained? |
| 81 | ☐ | ☒ | | 65. Are you aware of any wall switches, light fixtures or electrical outlets in need of repair? |
| 82 | | | | 66. Explain any "yes" answers you give in this section: |

## LAND (SOILS, DRAINAGE AND BOUNDARIES)

| | Yes | No | Unknown | |
|---|---|---|---|---|
| 88 | ☐ | ☒ | | 67. Are you aware of any fill or expansive soil on the property? |
| 89 | ☐ | ☒ | | 68. Are you aware of any past or present mining operations in the area in which the property is located? |
| 90 | ☐ | ☒ | | 69. Is the property located in a flood hazard zone? |
| 91 | ☐ | ☒ | | 70. Are you aware of any drainage or flood problems affecting the property? |
| 92 | ☐ | ☒ | ☐ | 71. Are there any areas on the property which are designated as protected wetlands? |
| 93 | ☒ | ☐ | | 72. Are you aware of any encroachments, utility easements, boundary line disputes, or drainage or other easements affecting the property? |
| 95 | ☐ | ☒ | | 73. Are there any water retention basins on the property or the adjacent properties? |
| 96 | ☐ | ☒ | | 74. Are you aware if any part of the property is being claimed by the State of New Jersey as land presently or formerly covered by tidal water (Riparian claim or lease grant)? Explain: |
| 200 | ☐ | ☒ | | 75. Are you aware of any shared or common areas (for example, driveways, bridges, docks, walls, bulkheads, etc.) or maintenance agreements regarding the property? |
| 202 | | | | 76. Explain any "yes" answers to the preceding questions in this section: |
| 203 | | | | WATER SUPPLY FOR NOVMAY FROM RESIVIOR |
| 205 | ☐ | ☐ | | 77. Do you have a survey of the property? |

## ENVIRONMENTAL HAZARDS

| | Yes | No | Unknown | |
|---|---|---|---|---|
| 209 | ☐ | ☒ | | 78. Have you received any written notification from any public agency or private concern informing you that the property is adversely affected, or may be adversely affected, by a condition that exists on a property in the vicinity of this property? If "yes," attach a copy of any such notice currently in your possession. |
| 212 | ☐ | ☒ | | 78a. Are you aware of any condition that exists on any property in the vicinity which adversely affects, or has been identified as possibly adversely affecting, the quality or safety of the air, soil, water, and/ or physical structures present on this property? If "yes," explain: |
| 217 | ☐ | ☒ | | 79. Are you aware of any underground storage tanks (UST) or toxic substances now or previously present on this property or adjacent property (structure or soil), such as polychlorinated biphenyl (PCB), solvents, hydraulic fluid, petro-chemicals, hazardous wastes, pesticides, chromium, thorium, lead or other hazardous substances in the soil? If "yes," explain: |
| 223 | ☐ | ☒ | | 80. Are you aware if any underground storage tank has been tested? (Attach a copy of each test report or closure certificate if available.) |
| 225 | ☐ | ☒ | ☐ | 81. Are you aware if the property has been tested for the presence of any other toxic substances, such as lead-based paint, urea-formaldehyde foam insulation, asbestos-containing materials, or others? (Attach copy of each test report if available.) |
| 228 | | | | 82. If "yes" to any of the above, explain: ASBESTOS? |

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

| Line | Yes | No | Unknown | |
|---|---|---|---|---|
| 31 | [] | [X] | | 82a. If "yes" to any of the above, were any actions taken to correct the problem? Explain: |
| 32 | | | | _____ |
| 33 | | | | _____ |
| 34 | [] | [X] | [] | 83. Is the property in a designated Airport Safety Zone? |
| 35 | | | | |

**DEED RESTRICTIONS, SPECIAL DESIGNATIONS, HOMEOWNERS ASSOCIATION/CONDOMINIUMS AND CO-OPS**

| Line | Yes | No | Unknown | |
|---|---|---|---|---|
| 37/38 | Yes | No | Unknown | |
| 39 | [] | [X] | | 84. Are you aware if the property is subject to any deed restrictions or other limitations on how it may be used due to its being situated within a designated historic district, or a protected area like the New Jersey Pinelands, or its being subject to similar legal authorities other than typical local zoning ordinances? |
| 43 | [] | [X] | | 85. Is the property part of a condominium or other common interest ownership plan? |
| 44 | [] | [X] | | 85a. If so, is the property subject to any covenants, conditions, or restrictions as a result of its being part of a condominium or other form of common interest ownership? |
| 46 | [] | [X] | | 86. As the owner of the property, are you required to belong to a condominium association or homeowners association, or other similar organization or property owners? |
| 48 | [] | [X] | | 86a. If so, what is the Association's name and telephone number? |
| 49 | | | | _____ |
| 250 | [] | [X] | [] | 86b. If so, are there any dues or assessments involved? |
| 251 | | | | If "yes," how much? _____ |
| 252 | [] | [X] | | 87. Are you aware of any defect, damage, or problem with any common elements or common areas that materially affects the property? |
| 254 | [] | [X] | | 88. Are you aware of any condition or claim which may result in an increase in assessments or fees? |
| 255 | [] | [X] | [] | 89. Since you purchased the property, have there been any changes to the rules or by-laws of the Association that impact the property? |
| 256 | | | | 90. Explain any "yes" answers you give in this section: |
| 257 | | | | _____ |
| 258 | | | | _____ |

**MISCELLANEOUS**

| Line | Yes | No | Unknown | |
|---|---|---|---|---|
| 262 | Yes | No | Unknown | |
| 263 | [] | [X] | | 91. Are you aware of any existing or threatened legal action affecting the property or any condominium or homeowners association to which you, as an owner, belong? |
| 265 | [] | [X] | | 92. Are you aware of any violations of Federal, State or local laws or regulations relating to this property? |
| 266 | [] | [X] | | 93. Are you aware of any zoning violations, encroachments on adjacent properties, non-conforming uses, or set-back violations relating to this property? If so, please state whether the condition is pre-existing non-conformance to present day zoning or a violation to zoning and/or land use laws. |
| 267–269 | | | | _____ |
| 270 | | | | _____ |
| 271 | [] | [X] | | 94. Are you aware of any public improvement, condominium or homeowner association assessments against the property that remain unpaid? Are you aware of any violations of zoning, housing, building, safety or fire ordinances that remain uncorrected? |
| 274 | [X] | [] | [] | 95. Are there mortgages, encumbrances or liens on this property? |
| 275 | [] | [X] | | 95a. Are you aware of any reason, including a defect in title, that would prevent you from conveying clear title? |
| 277 | [] | [X] | | 96. Are you aware of any material defects to the property, dwelling, or fixtures which are not disclosed elsewhere on this form? (A defect is "material," if a reasonable person would attach importance to its existence or non-existence in deciding whether or how to proceed in the transaction.) |
| 280 | | | | If "yes," explain: _____ |
| 282 | [] | [X] | | 97. Other than water and sewer charges, utility and cable tv fees, your local property taxes, any special assessments and any association dues or membership fees, are there any other fees that you pay on an ongoing basis with respect to this property, such as garbage collection fees? |
| 285 | | | | 98. Explain any other "yes" answers you give in this section: |
| 286 | | | | _____ |
| 287 | | | | _____ |

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

**RADON GAS** Instructions to Owners

91
92
93
94
95

By law (N.J.S.A. 26:2D-73), a property owner who has had his or her property tested or treated for radon gas may require that information about such testing and treatment be kept confidential until the time that the owner and a buyer enter into a contract of sale, at which time a copy of the test results and evidence of any subsequent mitigation or treatment shall be provided to the buyer. The law also provides that owners may waive, in writing, this right of confidentiality. As the owner(s) of this property, do you wish to waive this right?

96   Yes   No
97   [ ]   [ ]
98          _____      _____
99          (Initials)          (Initials)
100

If you responded "yes," answer the following questions. If you responded "no," proceed to the next section.

101

102   Yes   No   Unknown
103   [ ]   [X]          99. Are you aware if the property has been tested for radon gas? (Attach a copy of each test report if
104                          available.)
105   [ ]   [X]          100. Are you aware if the property has been treated in an effort to mitigate the presence of radon gas?
106                          (If "yes," attach a copy of any evidence of such mitigation or treatment.)
107   [ ]   [X]          101. Is radon remediation equipment now present in the property?
108   [ ]   [ ]          101a. If "yes," is such equipment in good working order?
109
110

**MAJOR APPLIANCES AND OTHER ITEMS**

311
312
313
314

The terms of any final contract executed by the seller shall be controlling as to what appliances or other items, if any, shall be included in the sale of the property. Which of the following items are present in the property? (For items that are not present, indicate "not applicable.")

315

316   Yes   No   Unknown   N/A
317   [X]   [ ]             [ ]   102. Electric Garage Door Opener
318   [X]   [ ]             [ ]   102a. If "yes," are they reversible? Number of Transmitters _3_
319   [X]   [ ]   [ ]       [ ]   103. Smoke Detectors
320                               ☐ Battery ☒ Electric ☐ Both How many ____2____
321                               ☐ Carbon Monoxide Detectors  How many _____
322                               Location _____ BASEMENT  2nd FLOOR _____
323   [ ]   [X]             [ ]   104. With regard to the above items, are you aware that any item is not in working order?
324                               104a. If "yes," identify each item that is not in working order or defective and explain the nature
325                               of the problem: _____
326                               _____
327
328   [ ]   [ ]             [X]   105. ☐ In-ground pool ☐ Above-ground pool ☐ Pool Heater ☐ Spa/Hot Tub
329   [ ]   [ ]   [ ]       [X]   105a. Were proper permits and approvals obtained?
330   [ ]   [ ]             [X]   105b. Are you aware of any leaks or other defects with the filter or the walls or other structural or
331                               mechanical components of the pool or spa/hot tub?
332   [ ]   [ ]             [X]   105c. If an in-ground pool, are you aware of any water seeping behind the walls of the pool?
333                               106. Indicate which of the following may be included in the sale? (Indicate Y for yes N for no.)
334                               [X] Refrigerator
335                               [X] Range
336                               [ ] Microwave Oven
337                               [X] Dishwasher
338                               [ ] Trash Compactor
339                               [ ] Garbage Disposal
340                               [X] In-Ground Sprinkler System
341                               [X] Central Vacuum System
342                               [ ] Security System
343                               [X] Washer
344                               [ ] Dryer
345                               [ ] Intercom
346                               [ ] Other
347   [ ]   [ ]   [ ]             107. Of those that may be included, is each in working order?
348                               If "no," identify each item not in working order, explain the nature of the problem:
349                               _____
350

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

**SOLAR PANEL SYSTEMS**

By completing this section, Seller is acknowledging that the Property is serviced by a Solar Panel System, which means a system of solar panels designed to absorb the sunlight as a source of energy for generating electricity or heating, any and all inverters, net meter, wiring, roof supports and any other equipment pertaining to the Solar Panels (collectively, the "Solar Panel System"). This information may be used, among other purposes, to prepare a Solar Panel Addendum to be affixed to and made a part of a contract of sale for the Property.

| Yes | No | Unknown | |
|-----|-----|---------|---|
| | | [] | 108. When was the Solar Panel System Installed? _____ |
| [] | [] | [] | 109. Are SRECs available from the Solar Panel System? |
| | | [] | 109a. If SRECs are available, when will the SRECs expire? _____ |
| [] | [] | [] | 110. Is there any storage capacity on your Property for the Solar Panel System? |
| [] | [] | | 111. Are you aware of any defects in or damage to any component of the Solar Panel System? If yes, explain: _____ |

**112. Choose one of the following three options:**

| | |
|---|---|
| [] | 112a. The Solar Panel System is financed under a power purchase agreement or other type of financing arrangement which requires me/us to make periodic payments to a Solar Panel System provider in order to acquire ownership of the Solar Panel System ("PPA")? If yes, proceed to Section A below. |
| [] | 112b. The Solar Panel System is the subject of a lease agreement. If yes, proceed to Section B below. |
| [] | 112c. I/we own the Solar Panel System outright. If yes, you do not have to answer any further questions. |

**SECTION A - THE SOLAR PANEL SYSTEM IS SUBJECT TO A PPA**

| | | |
|---|---|---|
| | [] | 113. What is the current periodic payment amount? $_____ |
| | [] | 114. What is the frequency of the periodic payments (check one)? ☐ Monthly ☐ Quarterly |
| | [] | 115. What is the expiration date of the PPA, which is when you will become the owner of the Solar Panel System? _____ ("PPA Expiration Date") |
| [] | [] | 116. Is there a balloon payment that will become due on or before the PPA Expiration Date? |
| | [] | 117. If there is a balloon payment, what is the amount? $_____ |

**118. Choose one of the following three options:**

| | |
|---|---|
| [] | 118a. Buyer will assume my/our obligations under the PPA at Closing. |
| [] | 118b. I/we will pay off or otherwise obtain cancellation of the PPA as of the Closing so that the Solar Panel System can be included in the sale free and clear. |
| [] | 118c. I/we will remove the Solar Panel System from the Property and pay off or otherwise obtain cancellation of the PPA as of the Closing. |

**SECTION B - THE SOLAR PANEL SYSTEM IS SUBJECT TO A LEASE**

| | |
|---|---|
| [] | 119. What is the current periodic lease payment amount? $_____ |
| [] | 120. What is the frequency of the periodic lease payments (check one)? ☐ Monthly ☐ Quarterly |
| [] | 121. What is the expiration date of the lease? _____ |

**122. Choose one of the following two options:**

| | |
|---|---|
| [] | 122a. Buyer will assume our obligations under the lease at Closing. |
| [] | 122b. I/we will obtain an early termination of the lease and will remove the Solar Panel System prior to Closing. |

**SECTION C - THE SOLAR PANEL SYSTEM IS SUBJECT TO ENERGY CERTIFICATE(S)**

| | | | |
|---|---|---|---|
| [] | [] | [] | 123. Are Solar Transition Renewable Energy Certificates ("TRECs") available from the Solar Panel System? |
| | | [] | 123a. If TRECs are available, when will the TRECs expire? _____ |
| [] | [] | [] | 124. Are Solar Renewable Energy Certificates IIs ("SREC IIs") available from the Solar Panel System? |
| | | [] | 124a. If SREC IIs are available, when will the SREC IIs expire? _____ |

**LEAD PLUMBING**

| Yes | No | Unknown | |
|-----|-----|---------|---|
| [] | [X] | [] | 125. Are you aware of the presence of any lead plumbing, including but not limited to any service line, piping materials, fixtures, and solder. If "yes," explain: _____ |

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

**WATER INTRUSION**

| | Yes | No | Unknown | |
|---|---|---|---|---|
| | [ ] | [X] | [ ] | 126. Are you aware of any water leakage, accumulation or dampness, the presence of mold or other similar natural substance, or repairs or other attempts to control any water or dampness problem on the property? If yes, please describe the nature of the issue and any attempts to repair or control it: _____ |

If yes, pursuant to New Jersey law, the **buyer** of the real property is advised to refer to the 'Mold Guidelines for New Jersey Residents' pamphlet issued by the New Jersey Department of Health (www.njrealtor.com/mold-guidelines-pamphlet) **and** has the right to request a physical copy of the pamphlet from the real estate broker, broker-salesperson, or salesperson.

**ACKNOWLEDGMENT OF SELLER**

The undersigned Seller affirms that the information set forth in this Disclosure Statement is accurate and complete to the best of Seller's knowledge, but is not a warranty as to the condition of the Property. Seller hereby authorizes the real estate brokerage firm representing or assisting the seller to provide this Disclosure Statement to all prospective buyers of the Property, and to other real estate agents. Seller alone is the source of all information contained in this statement. If the Seller relied upon any credible representations of another, the Seller should state the name(s) of the person(s) who made the representation(s) and describe the information that was relied upon.

10·28·23

| SELLER | DATE |
|---|---|

| SELLER | DATE |
|---|---|

| SELLER | DATE |
|---|---|

| SELLER | DATE |
|---|---|

**EXECUTOR, ADMINISTRATOR, TRUSTEE**

(If applicable) The undersigned has never occupied the property and lacks the personal knowledge necessary to complete this Disclosure Statement.

| | DATE |
|---|---|

| | DATE |
|---|---|

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

**RECEIPT AND ACKNOWLEDGMENT BY PROSPECTIVE BUYER**

The undersigned Prospective Buyer acknowledges receipt of this Disclosure Statement prior to signing a Contract of Sale pertaining to this Property. Prospective Buyer acknowledges that this Disclosure Statement is not a warranty by Seller and that it is Prospective Buyer's responsibility to satisfy himself or herself as to the condition of the Property. Prospective Buyer acknowledges that the Property may be inspected by qualified professionals, at Prospective Buyer's expense, to determine the actual condition of the Property. Prospective Buyer further acknowledges that this form is intended to provide information relating to the condition of the land, structures, major systems and amenities, if any, included in the sale. This form does not address local conditions which may affect a purchaser's use and enjoyment of the property such as noise, odors, traffic volume, etc. Prospective Buyer acknowledges that they may independently investigate such local conditions before entering into a binding contract to purchase the property. Prospective Buyer acknowledges that he or she understands that the visual inspection performed by the Seller's real estate broker/broker-salesperson/salesperson does not constitute a professional home inspection as performed by a licensed home inspector.

3/27/2024 | 9:14 PDT

_____          _____
PROSPECTIVE BUYER                            DATE

_____          _____
PROSPECTIVE BUYER                            DATE

_____          _____
PROSPECTIVE BUYER                            DATE

_____          _____
PROSPECTIVE BUYER                            DATE


**ACKNOWLEDGMENT OF REAL ESTATE BROKER/BROKER-SALESPERSON/SALESPERSON**

The undersigned Seller's real estate broker/broker-salesperson/salesperson acknowledges receipt of the Property Disclosure Statement form and that the information contained in the form was provided by the Seller.
The Seller's real estate broker/broker-salesperson/salesperson also confirms that he or she visually inspected the property with reasonable diligence to ascertain the accuracy of the information disclosed by the seller, prior to providing a copy of the property disclosure statement to the buyer.
The Prospective Buyer's real estate broker/broker-salesperson/salesperson also acknowledges receipt of the Property Disclosure Statement form for the purpose of providing it to the Prospective Buyer.

_____          _____
SELLER'S REAL ESTATE BROKER/                 DATE
BROKER-SALESPERSON/SALESPERSON:

_____          _____
THE BUYER'S REAL ESTATE BROKER/              DATE
BROKER-SALESPERSON/SALESPERSON:

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



**NEW JERSEY REALTORS®**
**ADDENDUM REGARDING PRIVATE SEWAGE DISPOSAL**
**(OTHER THAN CESSPOOL)**

©2016 NEW JERSEY REALTORS®, INC.

This Addendum is attached to and made a part of either the New Jersey Realtors® Standard Form of Real Estate Sales Contract, Form 118 or the New Jersey Realtors® Standard Form of Real Estate Sales Contract for Vacant One-Family Lots, Form 141 (the "Contract"). If this Addendum conflicts with the Contract, then this Addendum shall control.

(A) Seller represents to Buyer that the Property is serviced by a private subsurface sewage disposal system (the "Septic System"), other than a Cesspool.

(B) ☐ Buyer waives the right to investigate and/or test the Septic System.

(C) ☐ Buyer is exercising the right, at Buyer's sole expense, to inspect and test the Septic System (the "Tests"). All Tests shall be conducted by reputable firms and individuals that possess the required training, experience, certifications, licenses, insurance and other qualifications to conduct the Tests in a safe and competent manner. All Tests shall also be conducted in compliance with all applicable laws and regulations. Buyer, at Buyer's sole expense, shall promptly repair any damages to the Property or the Septic System caused by Buyer or Buyer's consultants, inspectors or other individuals dealing with the Septic System on Buyer's behalf and promptly restore the Property and Septic System to their condition existing prior to the Tests. Buyer's obligations in this Section (C) shall survive the Closing or cancellation of this Contract.

1.    The Tests shall be conducted and a report delivered by Buyer to Seller within _____ (if left blank, then 10) calendar days after the attorney-review period is completed, or, if this Contract is timely disapproved by an attorney, as provided in the Attorney-Review Clause Section of this Contract, then within _____ (if left blank, then 10) calendar days after the parties agree to terms of this Contract, and Buyer shall use best efforts to obtain it. At the time the report is delivered to Seller, Buyer shall notify Seller in writing whether Buyer is satisfied with the Tests. If Buyer is satisfied with the Tests, the parties shall proceed with this Contract.

2.    If Buyer is not satisfied with the Tests, then Buyer may elect, in a written notice to Seller delivered with the report, to either (a) request a credit against the Purchase Price from Seller for the amount that the firm or individual retained by Buyer estimates it will cost to correct any problems relating to the Septic System identified in the report, (b) request that Seller correct the problems identified in the report at Seller's cost prior to the Closing (the "Septic System Work"), or (c) cancel this Contract. If this Contract is cancelled pursuant to this paragraph (C) 2, then all deposit monies will be returned to Buyer, provided Buyer has complied with Buyer's obligations to repair and restore the Property set forth in this Section (C) and, after the deposit monies are returned to Buyer, neither party shall have any further rights or obligations under this Contract, except those that expressly survive cancellation. If Buyer is given a credit against the Purchase Price, Buyer shall be responsible for correcting the problems identified in Buyer's report and any problems encountered during the performance of the Septic System Work and obtaining any and all applicable permits.

3.    If Buyer makes a request to Seller pursuant to paragraph (C) 2 (b), Seller may elect, in a written notice to Buyer, to either (a) cancel this Contract or (b) attempt to negotiate an amendment of this Contract mutually acceptable to the parties to undertake the Septic System Work. If the parties do not fully execute a mutually acceptable amendment to the Contract within _____ (if left blank, then 10) calendar days of Buyer's request that Seller conduct the Septic System Work or provide Buyer a credit, then either party may cancel this Contract. If either party cancels this Contract pursuant to this paragraph, then all deposit monies will be returned to Buyer, provided Buyer has complied with Buyer's obligations to repair and restore the Property set forth in Section (C) and, after the deposit monies are returned to Buyer, neither party shall have any further rights or obligations under this Contract, except those that expressly survive cancellation.

4.    If Seller agrees to be responsible for correcting the problems identified in Buyer's report or any problems encountered during the performance of the Septic System Work and (a) the problems are not corrected and any and all applicable permits issued within _____ (if left blank, then 10) calendar days from Seller's agreement to perform the Septic System Work, (b) Seller incurs more than $ _____ to complete the Septic System Work, or (c) Buyer disputes the adequacy or sufficiency of the Septic System Work, then either party shall have the right to cancel this Contract by written notice to the other. If either party cancels this Contract pursuant to this paragraph, then all deposit monies will be returned to Buyer, provided Buyer has complied with its obligations to repair and restore the Property as set forth in this Section (C) and, after the deposit monies are returned to Buyer, neither party shall have any further rights or obligations under this Contract, except those that expressly survive cancellation.

Phone: 9735391120                    Fax: 9736055101
Beverly Kalinka          Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201    www.lwolf.com

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

**5.**   If Buyer proceeds with this Contract and purchases the Property, Buyer shall purchase the Septic System in its "as is" conditions, and Buyer shall waive any and all rights or claims with respect to Seller concerning the condition of the Septic System and compliance of the Septic System with any and all applicable laws.

**WITNESS:**

DocuSigned by:

3/27/2024  |  9:14  PD

_____    _____    _____
                             BUYER                          Date

_____    _____    _____
                             BUYER                          Date

_____    _____    _____
                             BUYER                          Date

_____    _____    _____
                             BUYER                          Date

DocuSigned by:
*Paul Dolengo*                                               3/27/2024

_____    _____    _____
                             SELLER                         Date

_____    _____    _____
                             SELLER                         Date

_____    _____    _____
                             SELLER                         Date

_____    _____    _____
                             SELLER                         Date

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



**kw METROPOLITAN**
KELLERWILLIAMS.

## *NOTIFICATION on SMOKE & CARBON Monoxide Detector, Fire Extinguisher, and CCO for Seller, Buyer, Landlord and Tenant*

### *Smoke Detector & Carbon Monoxide Detectors*

In compliance with the New Jersey law regarding smoke detectors and carbon monoxide detectors, it is the Seller/Landlord's responsibility (unless otherwise delegated or noted) to obtain a satisfactory inspection and certification of same. This law applies to all dwellings in the State of New Jersey. The inspections and certifications are obtained from the local municipality and or the fire department. Failure to comply could result in fines and a delay in closing of title. *Contact your municipality to ensure the appropriate information is obtained for smoke detectors and carbon monoxide detectors.*

### *Fire Extinguishers*

In compliance with the fire extinguisher regulations, all dwelling units in a building with fewer than three dwelling units [i.e., condo, co-op, single-family, two family, multi-family] are to be equipped with at least one portable fire extinguisher, at the expense of the Seller/Landlord or with a transfer. This law became effective in November 2005. Sellers/Landlord's and transferees who do not comply with these provisions shall be subject to fines, which may be collected and enforced by the local enforcement agencies. *Contact your municipality to ensure the appropriate information is obtained for fire extinguishers.*

### *Certificate of Occupancy/Certificate of Continuing Occupancy*

Please contact your municipality to ensure the appropriate information is obtained for a CCO, CO or any required documents for closing. It is the Seller/Landlord's responsibility to provide these documents for transfer of title or rental should the municipality require.

DocuSigned by:

_____
2C373332F8304C8...

[Signature]

_____

[Signature]

_____

[Agent Signature]

Form CO/CCO v3.2023

Keller Williams Realty Metropolitan - 44 Whippany Rd, Suite 230, Morristown, NJ 07960 - 973.539.1120

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

**For Real Estate Professional use in NJ**


American Home Shield

Trade Service
Call Fee **$125**

## PRICING

|  | BEST COVERAGE ShieldComplete | | ShieldPlus | | ShieldEssential | | Seller Coverage Option |
|---|---|---|---|---|---|---|---|
|  | 1 Year | 2 Year | 1 Year | 2 Year | 1 Year | 2 Year |  |
| Single-family Home (SFH) | ☐$1,100 | ☐$2,200 | ☐$935 | ☐$1,670 | ☐$800 | ☐$1,200 | ☐$65 |
| Rate without A/C | ☐$880 | ☐$1,760 | ☐$670 | ☐$1,340 | ☐$480 | ☐$960 | ☐$55 |
| Condo/Townhome/Mobile Home | ☐$975 | ☐$1,950 | ☐$710 | ☐$1,420 | ☐$475 | ☐$950 | ☐$65 |
| Rate without A/C | ☐$780 | ☐$1,560 | ☐$570 | ☐$1,140 | ☐$380 | ☐$760 | ☐$55 |
| New Construction SFH (Years 2-5) | ☐$1,815 | | ☐$1,380 | | ☐$990 | | |
| Rate without A/C | ☐$1,450 | | ☐$1,100 | | ☐$790 | | |
| New Construction Condo (Years 2-5) | ☐$1,610 | | ☐$1,170 | | ☐$785 | | |
| Rate without A/C | ☐$1,285 | | ☐$935 | | ☐$625 | | |

## ➊ OPTIONAL COVERAGE FOR BUYERS

|  | SFH/Condo/Townhome/Mobile Home | | New Construction (Years 2-5) |
|---|---|---|---|
|  | 1 Year | 2 Year | |
| Electronics Protection Plan' | ☐$168 | | |
| Roof Leak Repair" (included in ShieldComplete) | ☐$100 | ☐$200 | |
| Specialty Units' (built-in bar fridges, kegarators, and drawer refrigerators) | ☐$15 | ☐$30 | ☐$25 |
| Well Pump" | ☐$100 | ☐$200 | ☐$165 |
| Septic System Pumping and Septic Sewage Ejector Pump" | ☐$75 | ☐$150 | ☐$125 |
| Pool and Built-in Spa Equipment | ☐$285 | ☐$570 | ☐$470 |
| Saltwater Pool and Built-in Spa Equipment | ☐$400 | ☐$800 | ☐$660 |

NOTE: Unless otherwise noted, all prices shown are for homes under 5,000 sq. ft. To obtain quotes for single-family homes over 5,000 sq. ft., or for guest unit pricing and multiple unit properties (such as duplex, triplex, and four-plexes), please call 800.735.4663.
NOTE: Add taxes where required by law. To obtain exact tax amounts, please call 800.735.4663.

## ENROLLMENT FORM
### PROPERTY INFORMATION

Property Address to be Covered _____

City _____ State ____ ZIP ____

Home Sq. Ft. _____ Listing Expiration Date (MM/DD) ____

### SELLER

First Name _____ Last Name _____

Phone Number _____ Email Address _____

Mailing Address (city/address if home is not property) _____

### BUYER

First Name _____ Last Name _____

Phone Number _____ Email Address _____

Mailing Address (city/address if home is not property) _____

### CLOSING COMPANY

Closing Company Name _____ Main Office Phone Number _____

Closing Company Address _____ Fax Phone Number _____

City _____ State ____ ZIP ____

Estimated Closing Date _____ Closing Number _____

Closing Representative Name _____

Closing Rep Email _____

### REAL ESTATE COMPANY
Initiating Real Estate Associate ☑ Buyer ☐ Seller

Real Estate Company  *VW METROPOLITAN*

Real Estate Office Address  *MORRISTOWN NJ 07960*  Main Office Phone Number

Agent Name  *KAUNKA*

Agent Mobile Phone Number  *973 670 8338*  Agent Email

| | |
|---|---|
| Buyer Home Warranty | $_____ |
| Buyer Optional Coverage Total | $_____ |
| Seller Coverage Option | $_____ |
| Sales Tax | $_____ |
| Grand Total | $_____ |

NOTE: Add tax where required by law. To obtain exact tax amounts, please call 800.735.4663.

☐ I accept the benefits of American Home Shield home warranty coverage.

☑ I decline the opportunity to purchase American Home Shield home warranty coverage.

DocuSigned by:
_____ 3/27/2024 | 9:14 PDT
Home Buyer or Seller Signature  8BFB304C8...   Date

☑ I (real estate professional) have presented American Home Shield home warranty
coverage to my client.

American Home Shield may provide compensation to real estate brokers and their related companies for services provided in connection with its home warranty program. In connection with the program, a broker may provide information regarding you and your home to American Home Shield. By submitting this Enrollment Form, you authorize the broker to share such information with American Home Shield and authorize American Home Shield to use such information in connection with its program. You are not required to buy a home warranty and, if you want one, you are not required to buy it through a broker or sales associate.

The product listing offered is a service contract and is separate and distinct from any product or service warranty which may be provided by the home builder or manufacturer.
See the plan contract at ahs.com/contracts for coverage details including service fees, limitations and exclusions. Charges for non-covered items may apply. Each plan is subject to $50,000 aggregate limit of liability.
¹Electronics Protection Plan: The Electronics Protection Plan is provided by Allstate Protection Plans and cannot be purchased in conjunction with an American Home Shield Home Service Plan. Plan is subject to a $2,000 per claim limit and a $5,000 aggregate claim limit.
"Not available for condos/townhomes/mobile homes.
'Available only with the SHIELD℠ and SHIELD℠ plan options.
©2022 American Home Shield Corporation. All rights reserved. 22-0931

2193H

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D





# Protect Your Family From Lead in Your Home

 United States Environmental Protection Agency

 United States Consumer Product Safety Commission

 United States Department of Housing and Urban Development



DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



DocuSigned by:

2C373332F8304C8...

| | | Mold Guidelines for New Jersey Residents |
|---|---|---|

NJ Department of Health
Consumer, Environmental and Occupational
Health Service
Environmental and Occupational Health
Assessment Program
P.O. Box 369
Trenton, NJ  08625-0369

Phone: 609-826-4950
Fax: 609-826-4975
Website:   www.nj.gov/health/iep

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

*CAUTION — Your Action is Required Soon*

US Department of Housing
and Urban Development
Federal Housing Administration (FHA)



OMB Approval No: 2502-0538
(exp. 06/30/2021)

# For Your Protection:
# Get a Home Inspection

## You must make a choice on getting a Home Inspection. It is not done automatically

You have the right to examine carefully your potential new home with a professional home inspector. But a home inspection is not required by law, and will occur only if you ask for one and make the arrangements. You may schedule the inspection for before or after signing your contract. You may be able to negotiate with the seller to make the contract contingent on the results of the inspection. For this reason, it is usually in your best interest to conduct your home inspection as soon as possible if you want one. In a home inspection, a professional home inspector takes an in-depth, unbiased look at your potential new home to:

✓ Evaluate the physical condition: structure, construction, and mechanical systems;
✓ Identify items that need to be repaired and
✓ Estimate the remaining useful life of the major systems, equipment, structure, and finishes.

## The Appraisal is NOT a Home Inspection and does not replace an inspection.

An appraisal estimates the market value of the home to protect the lender. An appraisal does not examine or evaluate the condition of the home to protect the homebuyer. An appraisal only makes sure that that the home meets FHA and/or your lender's minimum property standards. A home inspection provides much more detail.

## FHA and Lenders may not Guarantee the Condition of your Potential New Home

If you find problems with your new home after closing, neither FHA nor your lender may give or lend you money for repairs. Additionally, neither FHA nor your lender may buy the home back from you. Ask a qualified home inspector to inspect your potential new home and give you the information you need to make a wise decision.

## Your Home Inspector may test for Radon, Health/Safety, and Energy Efficiency

EPA, HUD and DOE recommend that houses be tested and inspected for radon, health and safety, and energy efficiency, respectively. Specific tests are available to you. You may ask about tests with your home inspector, in addition to the structural and mechanical systems inspection. For more information: Radon — call 1-800-SOS-Radon; Health and Safety — see the HUD Healthy Homes Program at www.HUD.gov; Energy Efficiency — see the DOE EnergyStar Program at www.energystar.gov.

## Selecting a Trained Professional Home Inspector

Seek referrals from friends, neighbors, other buyers, realtors, as well as local listings from licensing authorities and local advertisements. In addition, consult the American Society of Home Inspectors (ASHI) on the web at: www.ashi.org or by telephone at: 1-800-743-2744.

I/We (check one) have read this document and understand that if I/we wish to get a home inspection, it is best do so as soon as possible. The appraisal is not a home inspection. I/we will make a voluntary choice whether to get a home inspection. A home inspection will be done only if I/we ask for one and schedule it. Your lender may not perform a home inspection and neither FHA nor your lender may guarantee the condition of the home. Health and safety tests can be included in the home inspection if I/we choose.

DocuSigned by:

_3/27/2024 | 9:14 PDT_

(Signed) Homebuyer         Date                    (Signed) Homebuyer         Date
32F8304C8...

Public reporting burden for this collection is estimated at an average of 30 minutes to review the instructions, find the information, and complete this form. The agency cannot conduct or sponsor a collection of information unless a valid OMB number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB numbers can be located on the OMB Internet page at http://www.whitehouse.gov/library/omb/OMBINVC.html - HUD if desired you can call 1-200-827-1000 to get information on where to send comments or suggestions about this form.

HUD-92564-CN (expiration)



Keller Williams Metropolitan, 44 Whippany Road, Suite 230 Morristown, NJ 07960          Phone: 9735391120          Fax: 9736055101

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

**REAL ESTATE HOME WARRANTY PLANS**

# THE RIGHT PLAN MAKES ALL THE DIFFERENCE.

Be confident and in control with American Home Shield.






**50** YEARS OF EXPERIENCE



MORE THAN **$4B** HOME WARRANTY CLAIMS PAID IN THE LAST 7 YEARS



UP TO **23** ITEMS COVERED



American Home Shield®

Coverage may not be available in all areas.

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



# Coverage designed to simplify homeownership.

Different homes have different needs, so we offer three real estate warranty plans to fit every home and budget. Choose the one that works best for you and your new home, and move in with confidence.

**ShieldEssential**ˢᴹ includes covered parts of many major home systems, like HVAC, electrical, and plumbing, plus a variety of additional home items.

**ShieldPlus**ˢᴹ includes all systems in the **ShieldEssential** plan, plus many major appliances like your clothes washer, dryer, refrigerator, stove, and more.

## OUR MOST COMPREHENSIVE COVERAGE

**ShieldComplete**ˢᴹ includes all systems and appliances in the **ShieldEssential** and **ShieldPlus** plans, plus additional items — one free HVAC tune-up,* modifications coverage up to $1,000, roof leak repair coverage up to $1,000,** unlimited refrigerant and more.

**See state-specific product and pricing flyer for more information.**

See the plan contract at ahs.com/contracts for coverage details, including service fees, limitations and exclusions. Charges for non-covered items may apply.

*Tune-ups are available seasonally (spring: A/C; fall: heating) and offered by a third party. Your first tune-up of one unit is included for free per contract term.
Service dates are limited and may vary based upon location. For buyer use only.
**Roof leak repair coverage not available for condos/townhomes/mobile homes. For buyer use only.

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



**American Home Shield**

# When your home systems and appliances break, your budget won't.

### WHAT IS A HOME WARRANTY?

A home warranty is a one-year service agreement that covers the cost to repair or replace parts of home systems and appliances that break down over time.

### WHAT TYPES OF HOMES WILL A HOME WARRANTY COVER?

We cover single-family homes, older homes, condos, townhomes, duplexes, triplexes, and fourplexes, new construction, and mobile homes.*

### HOW DOES A HOME WARRANTY WORK?

With coverage from American Home Shield, you know exactly what to do when things go wrong. It's as simple as this:







Request service online at ahs.com or by phone at 800.776.4663. Pay your Trade Service Call Fee.

We assign a local, qualified contractor.

Your covered home system or appliance is repaired or replaced.

### DO I NEED A HOME WARRANTY?

We think so. In fact, 1 in 4 new home buyers use their home warranty within the first 60 days of coverage.

The product being offered is a service contract and is separate and distinct from any product or service warranty which may be provided by the home builder or manufacturer.

See the plan contract at ahs.com/contracts for coverage details, including service fees, limitations and exclusions. Charges for non-covered items may apply.
*Subject to 10,000 sq. ft. maximum.

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



# Seller Coverage Option

For up to six months while the home is on the market, sellers can get coverage for the same home systems and items (excluding rekey) included in **ShieldEssential**. No payment is due until the home closes.

**Note:** The Seller Coverage Option can be a great negotiating tool in real estate transactions when submitting offers or negotiating home inspection issues.

*Coverage available for undetectable, pre-existing breakdowns. Subject to a $1,500 cap during the listing period. Renewable upon review at the discretion of American Home Shield after 6-month period, up to 12 months.

# Included in every plan:
## Our Livable and Forgivable Coverage

This means you'll get coverage for things that aren't automatically included in many home warranty plans.

**We cover breakdowns due to:**

- ⊘ Normal wear and tear — no matter the age of the item
- ⊘ Insufficient maintenance
- ⊘ Rust, corrosion, or sediment
- ⊘ Improper installations or repairs
- ⊘ Mismatched HVAC systems

**And includes things like:**

- ⊘ Undetectable, pre-existing breakdowns
- ⊘ Removal of defective equipment
- ⊘ Refrigerant recapture, reclaim, and disposal
- ⊘ Permits and any correction of code violations ($250 or more per agreement term when required during a covered repair or replacement)



## 30-DAY WORKMANSHIP GUARANTEE

With our 30-day workmanship guarantee, if you have an issue with your completed repair within 30 days of service, we'll send a contractor back out for no additional cost.

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

# Homeowners get more with American Home Shield.

You can add coverage to any plan to meet the needs of your new home, and you don't have to experience a breakdown to begin using your home warranty. Put your plan to work immediately by taking advantage of special member offers and discounts that make homeownership easier.

## ADDITIONAL COVERAGE



- Seller Coverage'
- Roof Leak Repair''
  (Included in plan price of ShieldComplete, and can be added to other plans)
- Electronics Protection Plan'
- Well Pump
- Septic System Pumping and Septic Sewage Ejector Pump
- Pool/Spa Equipment
- Guest Unit
- And more

## SPECIAL MEMBER OFFERS

- Smart Home Tech Installation and Setup Services''
- Pre-season HVAC Tune-ups'
  (one free tune-up included in ShieldComplete)
- And more

# Building a home?

## NEW CONSTRUCTION PLAN

Stay covered from years two through five after the builder's warranty expires. This plan can also be purchased anytime within the first year after closing on new construction.

Additional Coverage and Special Member Offers are not Included in the Seller Coverage Option. For buyer use only.

'Seller Coverage Option: Subject to a $1,500 cap during the listing period. Renewable upon review at the discretion of American Home Shield after 6-month period, up to 12 months.

''Roof Leak Repair Coverage: Not available for condos/townhomes/mobile homes.

'Electronics Protection Plan: The Electronics Protection Plan is provided by Allstate Protection Plans and can only be purchased in conjunction with an American Home Shield® home service plan. Plan is subject to a $2,000 per claim limit and a $5,000 aggregate claim limit.

''Smart Home Tech Installation and Setup Services: Smart home tech installation and setup services are provided by a third party. Not available in all areas.

'Pre-season HVAC Tune-ups: Tune-ups are available seasonally (spring: A/C; fall: heating) and offered by a third party. With the ShieldComplete plan, your first tune-up of one unit is included for free per contract term. Service dates are limited and may vary based upon location.

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D



American
Home Shield

## Sign up for coverage and become a member today.

Talk to your real estate professional about joining American Home Shield. Once you become a member, register for MyAccount to manage your home warranty plan online at **ahs.com/my-account**.

## MyAccount makes it easy to:

- ⊘ SUBMIT A SERVICE REQUEST ONLINE 24/7
- ⊘ MANAGE YOUR HOME WARRANTY
- ⊘ VIEW YOUR CONTRACT AND MANAGE PAYMENTS
- ⊘ RENEW COVERAGE ONLINE
- ⊘ CHECK THE STATUS OF SERVICE REQUESTS
- ⊘ AND MORE!



Real estate professionals can place orders on behalf of clients by registering for Partner Portal at **pro.ahs.com**.

For sales info, call **800.735.4663**, ext. 1.

©2023 American Home Shield Corporation. All rights reserved. 22-0983

131774

DocuSign Envelope ID: 652B6162-7255-4956-9668-AD3AD2A7F66D

# NEW JERSEY



**American Home Shield**

## COVERAGE OVERVIEW

**REAL ESTATE HOME WARRANTY PLANS AND PRICING**
Coverage may not be available in all areas.



### Livable and Forgivable Coverage
included in all plans.

We cover breakdowns due to:
- Normal wear and tear — no matter the age of the item
- Insufficient maintenance
- Rust, corrosion, or sediment
- Improper installations or repairs
- Mismatched HVAC systems

And include things like:
- Undetectable, pre-existing breakdowns
- Removal of defective equipment
- Refrigerant recapture, reclaim, and disposal
- Permits and correction of code violations
  ($750 or more per agreement term when required during a covered repair or replacement)



| | Shield Complete (BEST COVERAGE) | Shield Plus | Shield Essential | Seller Coverage Option |
|---|---|---|---|---|
| **SYSTEMS** | | | | |
| Air Conditioning (including geothermal systems') | o | o | o | o |
| Heating (including geothermal systems') | o | o | o | o |
| Plumbing (including stoppages, sump pumps, plumbing sewage ejector pumps) | o | o | o | o |
| Ductwork | o | o | o | o |
| Electrical | o | o | o | o |
| Water Heaters | o | o | o | o |
| **APPLIANCES** | | | | |
| Clothes Washers | o | o | | |
| Clothes Dryers | o | o | | |
| Refrigerators | o | o | | |
| Built-in Microwave Ovens | o | o | | |
| Dishwashers | o | o | | |
| Garbage Disposals | o | o | | |
| Ranges/Ovens/Cooktops | o | o | | |
| **ADDITIONAL HOME ITEMS** | | | | |
| Rekey Service'' | o | o | o | |
| Ceiling Fans | o | o | o | o |
| Doorbells | o | o | o | o |
| Garage Door Openers | o | o | o | o |
| Built-in Exhaust Fan (including bathroom, attic, and whole house fans) | o | o | o | o |
| Installed Instant Hot/Cold Water Dispensers | o | o | | |
| **COVERAGE LIMITS** | | | | |
| Limits shown are available per agreement term. | | | | |
| HVAC Limit (per system) | $15,000 | $15,000 | $15,000 | $1,500 |
| Refrigerant (included in the $15,000 HVAC limit) | Unlimited | $10/lb covered | $10/lb covered | $10/lb covered |
| Roof Leak Repair | $1,000 | $1,000 w/Add-on | $1,000 w/Add-on | — |
| Appliances (per item) | $7,000 | $4,000 | — | — |
| Correction of Code Violations, Permits, and Modifications (shared limit for all) | $1,000 | — | — | — |
|   Correction of Code Violations | Included above | $250 | $250 | $250 |
|   Permits | Included above | $250 | $250 | $250 |
|   Modifications | Included above | — | — | — |
| **SPECIAL MEMBER OFFERS** | | | | |
| Fees vary by service and are due at time of request. | | | | |
| Smart Home Tech Installation and Setup Services' | Available | Available | Available | |
| Pre-season HVAC Tune-ups' | One Included | Available | Available | |

### Seller Coverage Option



Cover your home for up to 6 months while it's on the market with all the same home systems and items (excluding rekey service) from the **ShieldEssential** plan. Best of all, no payment is due until the home closes.

**NOTE:** The Seller Coverage Option can be a great negotiating tool in real estate transactions when submitting offers or negotiating home inspection issues.[b]

'Coverage available for undetectable, pre-existing breakdowns.
Subject to a $1,500 cap during the listing period. Renewal may be made at the discretion of American Home Shield' after 6-month period, up to 12 months.

### Real estate professionals can order on your behalf by:

1. Visiting pro.ahs.com
2. Calling **800.735.4663, ext. 1**
3. Mailing enrollment application **with payment:**
   AHS, P.O. Box 650993, Dallas, TX 75265-0993
4. Mailing enrollment application **without payment:**
   AHS, 1524 US HWY 30 E, Carroll, IA 51401

The product being offered is a service contract and is separate and distinct from any product or service warranty which may be provided by the home builder or manufacturer.

See the plan contract at ahs.com/contracts for coverage details including service fees, limitations and exclusions. Charges for non-covered items may apply. Plans subject to a $50,000 aggregate limit of liability.

'Subject to an item specific limit of $3,000.

''Rekey service is an added benefit and may be offered by a third party; for buyer use only. Smart Home Tech Installation and Setup Services: Smart home tech installation and setup services are provided by a third party; for buyer use only; fees available in all areas.
Pre-season HVAC tune-ups: Some seasons available seasonally (cooling AC; heating) and offered by a third party. With the ShieldComplete plan, your first tune-up of each unit is included for free per contract term. Service dates are limited and may vary based upon location; for buyer use only.